| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Robert L. Schmidt<br>NORRIS, MCLAUGHLIN & MARCUS, PA<br>PO Box 1018<br>Somerville, NJ 08876-1018<br>(908) 722-0700<br>Proposed Attorneys for Debtor/Debtor-in-Possession | |
| In Re:<br><br>JESAL PATWARI,<br><br>           Debtor. | Chapter 11<br><br>Case No. 08-26178 (NLW)<br><br>Hearing Date:<br><br>Judge: Hon. Novalyn L. Winfield |

Order Filed on 10/15/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

### ORDER DISQUALIFYING NORRIS, MCLAUGHLIN & MARCUS, PA FROM REPRESENTING DEBTOR

    The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: 10/15/2008**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page: 2
In Re: Jesal Patwari
Case No.: 08-26178 (NLW)
Caption of Order: Order Disqualifying Norris, McLaughlin & Marcus, PA from Representing Debtor

_____

This matter having been opened to the Court upon the Debtor's application to retain Norris, McLaughlin & Marcus, PA ("NMM") as its attorney in the Chapter 11 proceeding; and the Court having considered the Debtor's application; and the Court having considered opposition filed by the Office of the United States Trustee; and the Court having conducted a hearing on October 6, 2008 at which the following parties were present: Debtor (Gary N. Marks, Esq. appearing) and the Office of the United States Trustee (Peter J. D'Auria, Esq. appearing); and the Court having held that a potential conflict exists with respect to NMM's simultaneous representation of the Debtor and business entities in which the Debtor is a principal; and good and sufficient cause existing for entering the within order;

**IT IS ON THIS DAY HEREBY ORDERED AS FOLLOWS:**

1. NMM is hereby disqualified from representing the Debtor in the within bankruptcy proceeding.

2. The disqualification is without prejudice to the right of NMM to apply for compensation for services rendered to the Debtor through and including October 6, 2008 and without prejudice to the right of the Office of the United States Trustee to object to same.

*Approved by Judge Novalyn L. Winfield October 15, 2008*