| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ARONS & ARONS, LLC<br>76 SOUTH ORANGE AVE., STE. 100<br>SOUTH ORANGE, NJ 07079<br>(973) 762-09 0795 | Order Filed on<br>11/3/2008<br>by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
|---|---|
| In Re: **Jesal Patwari, A Delaware Liability Company, Shapat, Inc., Patwari, LLC, Shapat 2, LLC and Shapat 3, LLC** | Case No.: **08-26178, 81, 84, 86 and 88**<br>Adv. No.:<br>Hearing Date:<br>Judge: **Novalyn L. Winfield** |

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: 11/3/2008**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

The within matter being opened to the Court by Scott Arons, Esq., attorney for movant, upon Rail Link, L.L.C. notice to the debtors and for good cause having been shown:

IT IS on this    day of                    , 2008

**ORDERED,** that the automatic stay is hereby vacated for the purpose of permitting the debtor's landlord, Rail Link, LLC to proceed in the Essex County Special Civil Part, with its action for possession of the rental property occupied by the Debtors, located at 49 Claremont Avenue, Montclair, New Jersey; and it is further

**ORDERED,** that a copy of this Order be served upon all parties in interest within 7 days of the date hereof.

*Approved by Judge Novalyn L. Winfield November 03, 2008*

Section 365(b)(1) governs assumption or rejection of a lease. Trustee has 60 days from filing of petition to assume or reject. See section 365(d)(1).

365(b)(1) provides that debtor must provide adequate protection, or actually cure the default, and assure future performance.

Honorable Novalyn L. Winfield
Judge, U.S. Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

Rail Link, L.L.C.
76 South Orange Ave., Ste. 102
South Orange, N.J. 07079
**Attn.: Cary Heller**

**Attn.: Robert L. Schmidt**
Norris McLaughlin & Marcus, P.A.
P.O. Box 1018
Somerville, N.J. 08876-1018
**Attorney for Debtor**

Jesal Patwari
1032 Waterford Drive
Edison, N.J. 08817

Shapat, Inc.;
1032 Waterford Drive
Edison, N.J. 08817

Patwari, LLC;
1032 Waterford Drive
Edison, N.J. 08817

Shapat 2, LLC;
1032 Waterford Drive
Edison, N.J. 08817

Shapat 3, LLC
1032 Waterford Drive
Edison, N.J. 08817

*Approved by Judge Novalyn L. Winfield November 03, 2008*