UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
ACTING UNITED STATES TRUSTEE, REGION 3
Peter J. D'Auria, Esq.  (PD 3709)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Jesal Patwari, | : | Case No. 08-26178(NLW) |
| Shapat, Inc., | : | Case No. 08-26181(NLW) |
| Patwari, LLC, | : | Case No. 08-26184(NLW) |
| Shapat 2 LLC, | : | Case No. 08-26186(NLW) |
| Shapat 3 LLC, | : | Case No. 08-26188(NLW) |
|  | : |  |
| Debtors. | : | Hearing Date: January 12, 2009 at 10:00 a.m. |
|  | : |  |
|  | : | **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO CONVERT CASES TO CHAPTER 7, OR IN THE
ALTERNATIVE TO DISMISS THE CASES, PURSUANT TO 11 U.S.C. §1112 (b)**

**TO:  ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the Acting United States Trustee will move before the Honorable Novalyn L. Winfield on Monday, January 12, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 50 Walnut Street, New Jersey, for an Order Converting each of the five (5) above captioned Chapter 11 Cases to Chapter 7, or in the Alternative to Dismiss the Cases, Pursuant to 11 U.S.C. §1112 (b), and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the Acting United States Trustee will rely upon the Memorandum of Law attached hereto at the hearing.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the Acting United States Trustee no later than seven days in advance of the hearing date pursuant to District of New Jersey Local Bankruptcy Rule 9013-1(d). If opposing papers are not filed and served within the required time, the Amended Motion shall be deemed uncontested pursuant to District of New Jersey Local Bankruptcy Rule 9013-1(a), and an Order Converting each of the four (4) above captioned Chapter 11 Cases to Chapter 7 may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to District of New Jersey Local Bankruptcy Rule 9013-1(f) oral argument is requested.

ROBERTA A. DeANGELIS
ACTING UNITED STATES TRUSTEE
REGION 3


*/s/ Peter J. D'Auria*
Peter J. D'Auria
Trial Attorney

DATED: Newark, New Jersey
December 12, 2008