UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Peter J. D'Auria, Esq.  (PD 3709)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Jesal Patwari, | : | Case No. 08-26178(NLW) |
| Shapat, Inc., | : | Case No. 08-26181(NLW) |
| Patwari, LLC, | : | Case No. 08-26184(NLW) |
| Shapat 2 LLC, | : | Case No. 08-26186(NLW) |
| Shapat 3 LLC, | : | Case No. 08-26188(NLW) |
|  | : |  |
| Debtors. | : | Hearing Date: January 12, 2009 at 10:00 a.m. |
|  | : |  |
|  | : | **ORAL ARGUMENT REQUESTED** |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED on this 12th day of December, 2008, that the Motion of the United States Trustee for an Order Converting the Cases to Chapter 7, or in the Alternative Dismissing the Cases, and supporting papers were caused to be served as outlined below:

| | |
|---|---|
| Jesal Patwari | Shapat, Inc, d/b/a Subway |
| 1032 Waterford Drive | 49 Claremont Avenue |
| Edison, NJ 08817 | Montclair, NJ 07042 |
| *Debtor* | *Debtor* |
| *Via Regular Mail Sent on Dec. 15, 2008* | *Via Regular Mail Sent on Dec. 15, 2008* |

Patwari, LLC, d/b/a Subway
6901 Bergenline Avenue
West New York, NJ 07093
*Debtor*
*Via Regular Mail Sent on Dec. 15, 2008*

Shapat 2 LLC, d/b/a Subway
595 Bloomfield Avenue
Bloomfield, NJ 07003
*Debtor*
*Via Regular Mail Sent on Dec. 15, 2008*

Shapat 3 LLC, d/b/a Subway
135 Bloomfield Avnue
Bloomfield, NJ 07003
*Debtor*
*Via Regular Mail Sent on Dec. 15, 2008*

Gary N. Marks, Esq.
Norris McLaughlin & Marcus, PC
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876
*Counsel to Corporate Debtors*
*Via ECF E-Mail Notice and Facsimile (908-722-0755) on Dec. 12, 2008, and again Via Regular Mail Sent on Dec. 15, 2008*

Karam Dahiya, Esq.
325 Broadway, Suite 304
New York, NY 10007
*Counsel to Jesal Patwari*
*Via Facsimile (212-766-8001) on Dec. 12, 2008, and again Via Regular Mail Sent on Dec. 15, 2008*

Susheela Verma, Esq.
One Woodbridge Center Drive, Suite 810
Woodbridge, NJ 07095
*Counsel to Jesal Patwari*
*Via Facsimile (732-596-1150) on Dec. 12, 2008, and again Via Regular Mail Sent on Dec. 15, 2008*

By:   /s/ Peter J. D'Auria
     Peter J. D'Auria
     Trial Attorney

December 12, 2008