Dahiya & Associates P.C.
325 Broadway
Suite 304
New York  NY 10007
Tel: 212-766-8000
Fax: 212-766-8001

U S BANKRUPTCY COURT
FILED
NEWARK, NJ

08 DEC 15 AM 10: 53

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

December 10, 2008

US Bankruptcy Court,
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
Phone (973) 645-4764

Re: Jesal Patwari Personal Bankruptcy case No. 08-26178-NLW

Dear Sir/ Madam:

We are the prospective attorneys for Ms. Jesal Patwari. A notice of Appearance is being prepared and we will also be moving for admission on a pro hac vice basis. Unfortunately the attorney of the firm Dahiya Law Offices LLC, Karamvir Dahiya had to leave the country on a personal matter. He is expected to be back in the country by January 1, 2009. Meanwhile the 341 meeting has already been conducted and concluded in her case.

Wherefore, it is respectfully urged that his status conference be adjourned. Thanks for your consideration.

Yours Sincerely,

A. Sh~

Archna Sharma
Office Manager