APPEAL, CLOSED, LEAD, RULE16

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:08-cv-03363-WJM-MF
### Internal Use Only

DOCTOR'S ASSOCIATES INC. v. DESAI et al
Assigned to: Judge William J. Martini
Referred to: Magistrate Judge Mark Falk
Case in other court: USCA, 08-03506
Cause: 15:1051 Trademark Infringement

Date Filed: 07/08/2008
Date Terminated: 01/08/2009
Jury Demand: Defendant
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**DOCTOR'S ASSOCIATES INC.**            represented by **FORREST SCOTT TURKISH**
595 BROADWAY
BAYONNE, NJ 07002
(201) 339-8866
Email: fsturkish@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**JESAL DESAI**                          represented by **SUSHEELA VERMA**
LAW OFFICES OF SUSHEELA VERMA
ONE WOODBRIDGE CENTER
SUITE 810
WOODBRIDGE, NJ 07095
(732) 596-1140
Email: susheela.verma@susheelaverma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**SHAPAT, INC.**                         represented by **SUSHEELA VERMA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**SHAPAT 2, LLC**                        represented by **SUSHEELA VERMA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**SHAPAT 3, LLC**      represented by **SUSHEELA VERMA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**PATWARI, LLC**      represented by **SUSHEELA VERMA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JESAL DESAI**
*also known as*
**JESAL A. PATWARI**      represented by **SUSHEELA VERMA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SHAPAT, INC.**      represented by **SUSHEELA VERMA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SHAPAT II, LLC**      represented by **SUSHEELA VERMA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SHAPAT III, LLC**      represented by **SUSHEELA VERMA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PATWARI, LLC**      represented by **SUSHEELA VERMA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yogesh Dave**
*Third Party Defendant*

**Defendant**

Subway Development Co.

**Defendant**
Subway Real Estate Corp.

V.

**Consol Defendant**
DOCTOR'S ASSOCIATES, INC.                represented by   FORREST SCOTT TURKISH
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Defendant**
SUBWAY REAL ESTATE                        represented by   FORREST SCOTT TURKISH
CORPORATION                                               (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
Yogesh Dave
*Third Party Defendant*

**ThirdParty Defendant**
Subway Development Co.

**ThirdParty Defendant**
Subway Real Estate Corp.

**ThirdParty Plaintiff**
PATWARI, LLC                              represented by   SUSHEELA VERMA
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
JESAL DESAI                               represented by   SUSHEELA VERMA
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
SHAPAT, INC.                              represented by   SUSHEELA VERMA
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
SHAPAT II, LLC                            represented by   SUSHEELA VERMA

|  |  |
|---|---|
|  | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| SHAPAT III, LLC | represented by **SUSHEELA VERMA**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

V.

**ThirdParty Defendant**

| SUBWAY REAL ESTATE CORPORATION | represented by **FORREST SCOTT TURKISH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Counter Claimant**

| PATWARI, LLC | represented by **SUSHEELA VERMA**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Counter Claimant**

| JESAL DESAI | represented by **SUSHEELA VERMA**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Counter Claimant**

| SHAPAT, INC. | represented by **SUSHEELA VERMA**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Counter Claimant**

| SHAPAT II, LLC | represented by **SUSHEELA VERMA**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Counter Claimant**

| SHAPAT III, LLC | represented by **SUSHEELA VERMA**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

V.

**Counter Defendant**

**DOCTOR'S ASSOCIATES INC.**        represented by **FORREST SCOTT TURKISH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2008 | 1 | COMPLAINT against PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC ( Filing fee $ 350 receipt number 352643.) None, filed by DOCTOR'S ASSOCIATES INC.. (no summons submitted) (Attachments: # 1 EXHIBIT A & B, # 2 EXHIBIT C-F, # 3 Cover Letter)(ld, ) (Entered: 07/08/2008) |
| 07/08/2008 | 2 | Corporate Disclosure Statement by DOCTOR'S ASSOCIATES INC.. (ld, ) (Entered: 07/08/2008) |
| 07/08/2008 | 3 | BRIEF in support of OTSC for a TRO & PRELIMINARY INJ. filed by DOCTOR'S ASSOCIATES INC.. (Attachments: # 1 Certification of Forrest S. Turkish, Esq., # 2 Certification of Heather Grebla, # 3 Text of Proposed Order)(DD, ) (Entered: 07/09/2008) |
| 07/08/2008 | 4 | ORDER TO SHOW CAUSE why a Temporary Restraining Order and Preliminary Injunction should not be issued Show Cause Hearing set for 7/22/2008 11:00 AM before Judge William J. Martini. Show Cause Response due by 7/14/2008.. Signed by Judge William J. Martini on 7/8/08. (gh, ) (Entered: 07/10/2008) |
| 07/08/2008 | 5 | Certification of TRICIA LEE on behalf of DOCTOR'S ASSOCIATES INC. Re 3 Brief. (Attachments: # 1 cont'd, # 2 cont'd, # 3 Part 2, # 4 cont'd, # 5 cont'd)(DD, ) (Entered: 07/10/2008) |
| 07/10/2008 | 6 | Letter from Forrest S. Turkish, Esq., Attorney for Plaintiff re 3 Brief. (TURKISH, FORREST) (Entered: 07/10/2008) |
| 07/15/2008 |   | NOTICE of Re-scheduling the Order to Show Cause Hearing: Show Cause Hearing rescheduled to 7/21/2008 11:30 AM before Judge William J. Martini. (gh, ) (Entered: 07/15/2008) |
| 07/15/2008 | 7 | RESPONSE TO ORDER TO SHOW CAUSE by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (VERMA, SUSHEELA) (Entered: 07/15/2008) |
| 07/15/2008 | 8 | RESPONSE TO ORDER TO SHOW CAUSE by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (VERMA, SUSHEELA) (Entered: 07/15/2008) |
| 07/15/2008 | 9 | RESPONSE TO ORDER TO SHOW CAUSE by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (Attachments: # 1 Exhibit Exhibit to Counsel's Declaration, # 2 Exhibit Exhibit B to Counsel's Declaration, # 3 Exhibit Exhibit C to Counsel's |

| | | |
|---|---|---|
| | | Declaration, # 4 Exhibit Exhibit D to Counsel's Declaration, # 5 Exhibit Exhibit E to Counsel's Certification)(VERMA, SUSHEELA) (Entered: 07/15/2008) |
| 07/18/2008 | | CLERKS QUALITY CONTROL MESSAGE - The Response to Order to Show Cause document numbers 7 and 8 submitted by Susheela Verma on 7/15/2008 appear to be duplicates. These submissions will remain on the docket unless otherwise ordered by the court. This message is for informational purposes only. (mn, ) (Entered: 07/18/2008) |
| 07/18/2008 | | (Court only) ***Attorney SUSHEELA VERMA for PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC and SHAPAT III, LLC added. (mn, ) (Entered: 07/18/2008) |
| 07/18/2008 | 10 | RESPONSE re 4 Order to Show Cause,. (Attachments: # 1 Certification Reply Certification of Forrest S. Turkish, Esq., # 2 Exhibit Exhibits "A" & "B" to the Reply Certification of Forrest S. Turkish, Esq.)(TURKISH, FORREST) (Entered: 07/18/2008) |
| 07/21/2008 | 12 | Minute Entry for proceedings held before Judge William J. Martini: Show Cause Hearing held on 7/21/2008. (Court Reporter Walter Perelli.) (gh, ) (Entered: 07/22/2008) |
| 07/22/2008 | 11 | Letter from Attorney for Plaintiff re 4 Order to Show Cause,. (TURKISH, FORREST) (Entered: 07/22/2008) |
| 07/22/2008 | 13 | Letter from Plaintiff's Attorney with proposed injunction re 4 Order to Show Cause,. (Attachments: # 1 Text of Proposed Order Injunction)(TURKISH, FORREST) (Entered: 07/22/2008) |
| 07/23/2008 | 14 | Letter from SUSHEELA VERMA, ESQ.. (VERMA, SUSHEELA) (Entered: 07/23/2008) |
| 07/24/2008 | 15 | Letter from Counsel for Plaintiff re proposed order re 13 Letter, 14 Letter. (Attachments: # 1 Exhibit Exhibit A (checks and letter from PNC Bank); Exhibit B (Notice of Audit results), # 2 Text of Proposed Order Preliminary Injunction)(TURKISH, FORREST) (Entered: 07/24/2008) |
| 07/25/2008 | 16 | Letter. (VERMA, SUSHEELA) (Entered: 07/25/2008) |
| 07/28/2008 | 17 | Letter from Plaintiff's counsel re 12 Show Cause Hearing. (Attachments: # 1 Text of Proposed Order same as document 15 but with list of trademark registrations attached as per original proposed Order)(TURKISH, FORREST) (Entered: 07/28/2008) |
| 07/30/2008 | 18 | ORDER granting extension of time to serve responsive pleading. Signed by Magistrate Judge Mark Falk on 7/30/08. (dc, ) (Entered: 07/30/2008) |
| 08/07/2008 | 19 | Letter from SUSHEELA VERMA, ESQ.. (VERMA, SUSHEELA) (Entered: 08/07/2008) |
| 08/10/2008 | 20 | Letter from Plaintiff's Counsel re 17 Letter, 19 Letter, 12 Show Cause Hearing. (TURKISH, FORREST) (Entered: 08/10/2008) |
| 08/12/2008 | 21 | MOTION for Reconsideration by PATWARI, LLC, JESAL DESAI, |

| | | |
|---|---|---|
| | | SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order, # 3 Certification Certification of Susheela Verma, # 4 Certification Certification of Desai, # 5 Exhibit Exhibit A to Desai Cert, # 6 Exhibit Exhibit A-1 to Desai Cert, # 7 Exhibit Exhibit B to Desai Cert, # 8 Exhibit Exhibit C to Desai Cert, # 9 Exhibit Exhibit D to Desai Cert, # 10 Exhibit Exhibit E to Desai Cert, # 11 Exhibit Exhibit F to Desai Cert, # 12 Exhibit Exhibit G-Part I to Desai Cert, # 13 Exhibit Exhibit G-Part II to Desai Cert, # 14 Exhibit Exhibit H to Desai Cert, # 15 Exhibit Exhibit I to Desai Cert, # 16 Exhibit Exhibit J to Desai Cert, # 17 Exhibit Exhibit K to Desai Cert, # 18 Exhibit Exhibit L-Part I to Desai Cert, # 19 Exhibit Exhibit L-Part II to Desai Cert, # 20 Exhibit Exhibit M to Desai Cert, # 21 Exhibit Exhibit N to Desai Cert, # 22 Exhibit Exhibit O to Desai Cert, # 23 Exhibit Exhibit P to Desai Cert, # 24 Brief Defendants' Brief in Support of their Motion for Reconsideration)(VERMA, SUSHEELA) (Entered: 08/12/2008) |
| 08/12/2008 | 22 | LETTER OPINION (Preliminary Injunction). Signed by Judge William J. Martini on 8/12/08. (gh, ) (Entered: 08/13/2008) |
| 08/12/2008 | 23 | ORDER granting Preliminary Injunction; defendants are enjoined and restrained during the pendency of this action, etc. Signed by Judge William J. Martini on 8/12/08. (gh, ) (Entered: 08/13/2008) |
| 08/12/2008 | | Set/Reset Deadlines as to 21 MOTION for Reconsideration. Motion Hearing set for 9/15/2008 before Judge William J. Martini. Please be advised that this motion will be decided on the papers unless otherwise notified by the court. (dc, ) (Entered: 08/13/2008) |
| 08/14/2008 | | (Court only) Motions No Longer Referred: 21 MOTION for Reconsideration. (LM, ) (Entered: 08/14/2008) |
| 08/15/2008 | 24 | MOTION to Stay by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order, # 3 Brief, # 4 Certification Certification of Desai, # 5 Exhibit Exhibit A to Desai Cert, # 6 Exhibit Exhibit A-1 to Desai Cert, # 7 Exhibit Exhibit B to Desai Cert, # 8 Exhibit Exhibit C to Desai Cert, # 9 Exhibit Exhibit D to Desai Cert, # 10 Exhibit Exhibit E to Desai Cert, # 11 Exhibit Exhibit F to Desai Cert, # 12 Exhibit Exhibit G-Part-I to Desai Cert, # 13 Exhibit Exhibit G, Part II to Desai Cert, # 14 Exhibit Exhibit H to Desai Cert, # 15 Exhibit Exhibit I to Desai Cert, # 16 Exhibit Exhibit J to Desai Cert, # 17 Exhibit Exhibit K to Desai Cert, # 18 Exhibit Exhibit L-Part I to Desai Cert, # 19 Exhibit Exhibit L-Part II to Desai Cert, # 20 Exhibit Exhibit M to Desai Cert, # 21 Exhibit Exhibit N to Desai Cert, # 22 Exhibit Exhibit O to Desai Cert, # 23 Exhibit Exhibit P to Desai Cert, # 24 Certification Certification of Susheela Verma)(VERMA, SUSHEELA) (Entered: 08/15/2008) |
| 08/15/2008 | 25 | MOTION for Reconsideration *of Court's Order Dated August 12, 2008 issuing a preliminary injunction against the defendants* by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Brief IN SUPPORT OF MOTION FOR RECONSIDERATION, # 4 |

CM/ECF LIVE - U.S. District Court for the District of New Jersey  
CASE 08-26-1785NDM District Court for the District of New Jersey Entered 01/08/09 16:41:37 Page 8 of 16  
Docket Sheet Page 8 of 16

| | | |
|---|---|---|
| | | Certification Of Desai, # 5 Exhibit TO DESAI CERT, # 6 Exhibit Exhibit A-1 to Desai Cert, # 7 Exhibit Exhibit B to Desai Cert, # 8 Exhibit Exhibit C to Desai Cert, # 9 Exhibit Exhibit D to Desai Cert, # 10 Exhibit Exhibit E to Desai Cert, # 11 Exhibit Exhibit F to Desai Cert, # 12 Exhibit Exhibit G-Part I to Desai Cert, # 13 Exhibit Exhibit G-Part II to Desai Cert, # 14 Exhibit Exhibit H to Desai Cert, # 15 Exhibit Exhibit I to Desai Cert, # 16 Exhibit Exhibit J to Desai Cert, # 17 Exhibit Exhibit K to Desai Cert, # 18 Exhibit Exhibit L-Part I to Desai Cert, # 19 Exhibit Exhibit L-Part II to Desai Cert, # 20 Exhibit Exhibit M to Desai Cert, # 21 Exhibit Exhibit N to Desai Cert, # 22 Exhibit Exhibit O to Desai Cert, # 23 Exhibit Exhibit P to Desai Cert, # 24 Certification Certification of Susheela Verma)(VERMA, SUSHEELA) (Entered: 08/15/2008) |
| 08/18/2008 | | (Court only) Motions No Longer Referred: 24 MOTION to Stay. (LM, ) (Entered: 08/18/2008) |
| 08/18/2008 | 26 | ORDER consolidating Civil Action No. 08-3902 (PGS) with this matter for all purposes. Signed by Judge William J. Martini on 8/18/08. (dc, ) (Entered: 08/18/2008) |
| 08/18/2008 | | (Court only) ***Set/Clear Flags (dc, ) (Entered: 08/18/2008) |
| 08/18/2008 | | (Court only) ***Party JESAL DESAI rep by SUSHEELA VERMA, and SHAPAT, INC. rep by SUSHEELA VERMA, and SHAPAT 2, LLC rep by SUSHEELA VERMA, and SHAPAT 3, LLC rep by SUSHEELA VERMA, and PATWARI, LLC rep by SUSHEELA VERMA, and DOCTOR' and S ASSOCIATES, INC. rep by FORREST SCOTT TURKISH, and SUBWAY REAL ESTATE CORPORATION rep by FORREST SCOTT TURKISH added. (dc, ) (Entered: 08/18/2008) |
| 08/18/2008 | 27 | ORDER denying 21 Motion for Reconsideration ; denying 25 Motion for Reconsideration. Signed by Judge William J. Martini on 8/18/08. (gh, ) (Entered: 08/18/2008) |
| 08/18/2008 | 28 | ORDER denying 24 Motion to Stay. Signed by Judge William J. Martini on 8/18/08. (gh, ) (Entered: 08/18/2008) |
| 08/18/2008 | 29 | NOTICE OF APPEAL as to 28 Order on Motion to Stay, 27 Order on Motion for Reconsideration, 23 Order by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. Filing fee $ 455, receipt number 0312000000002144245. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (VERMA, SUSHEELA) (Entered: 08/18/2008) |
| 08/18/2008 | 30 | TRANSCRIPT filed for dates of July 21, 2008 before Judge Martini, Court Reporter/Recorder: Walter J. Perelli. (ji, ) (Entered: 08/19/2008) |
| 08/20/2008 | 31 | USCA Case Number 08-3506 for 29 Notice of Appeal (USCA), Notice of Appeal (USCA) filed by SHAPAT II, LLC, SHAPAT, INC., SHAPAT III, LLC, JESAL DESAI, PATWARI, LLC. USCA Case Manager Tonya Wyche (Document Restricted - Court Only) (Wyche, Tonya) (Entered: 08/20/2008) |

| | | |
|---|---|---|
| 08/25/2008 | 32 | ORDER of USCA, denying emergency motion to stay the District Court injunction pending appeal or pending litigation between the parties. (Wyche, Tonya) (Entered: 08/25/2008) |
| 08/27/2008 | 33 | MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* by DOCTOR'S ASSOCIATES INC.. (Attachments: # 1 Cover Letter requesting expedited hearing date on or after 9/9/08, # 2 Certification of Patrick Deeney (Exhibits A-C to follow), # 3 Exhibit "A" to Certification of P. Deeney (pictures), # 4 Exhibit "B" to Certification of P. Deeney (list of infringed marks in violation of the Injunction)), # 5 Exhibit "C" to Certification of P. Deeney (receipts), # 6 Certification of Forrest S. Turkish, Esq. (Exhibit A to follow), # 7 Exhibit "A" to Certification of F. Turkish (Defendant's written admission), # 8 Statement that no brief is necessary, # 9 Certificate of Service, # 10 Text of Proposed Order)(TURKISH, FORREST) (Entered: 08/27/2008) |
| 08/27/2008 | | Set/Reset Deadlines as to 33 MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks*. Motion Hearing set for 10/6/2008 before Judge William J. Martini. Please be advised that this motion will be decided on the papers unless otherwise notified by the court. (dc, ) (Entered: 08/27/2008) |
| 08/29/2008 | 34 | TRANSCRIPT REQUEST by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC (VERMA, SUSHEELA) (Entered: 08/29/2008) |
| 08/29/2008 | 35 | *Defendants'* ANSWER to Complaint with Jury Demand, THIRD PARTY COMPLAINT against SUBWAY REAL ESTATE CORPORATION, COUNTERCLAIM against DOCTOR'S ASSOCIATES INC. by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC.(VERMA, SUSHEELA) (Entered: 08/29/2008) |
| 09/03/2008 | | (Court only) Motions No Longer Referred: 33 MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order Enjoining Defendants from use of Plaintiff's Trademarks, MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order Enjoining Defendants from use of Plaintiff's Trademarks, MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order Enjoining Defendants from use of Plaintiff's Trademarks, MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order Enjoining Defendants from use of Plaintiff's Trademarks. (LM, ) (Entered: 09/03/2008) |
| 09/03/2008 | 36 | MOTION to Remand by SHAPAT 2, LLC, SHAPAT 3, LLC, PATWARI, LLC, JESAL DESAI. (Attachments: # 1 Certificate of Service, # 2 Certification Certification of Desai, # 3 Brief, # 4 Certification of Susheela |

| | | |
|---|---|---|
| | | Verma, # 5 Exhibit Exhibit "A" to certification of Verma, # 6 Exhibit Exhibit "B" to certification of Verma, # 7 Exhibit Exhibit "C" to Certification of Verma, # 8 Exhibit Exhibit "D" to certification of Verma, # 9 Exhibit Exhibit "E" to certification of Verma, # 10 Exhibit Exhibit "F" to certification of Verma, # 11 Exhibit Exhibit "G" to certification of Verma, # 12 Exhibit Exhibit "H" to certification of Verma, # 13 Exhibit Exhibit "I" to certification of Verma, # 14 Exhibit Exhibit "J" to certification of Verma, # 15 Exhibit Exhibit "K" to certification of Verma, # 16 Exhibit Exhibit "L" to certification of Verma, # 17 Exhibit Exhibit "M" to certification of Verma, # 18 Exhibit Exhibit "N" to certification of Verma, # 19 Exhibit Exhibit "O" to certification of Verma, # 20 Exhibit Exhibit "P" to certification of Verma) (VERMA, SUSHEELA) (Entered: 09/03/2008) |
| 09/03/2008 | | Set/Reset Deadlines as to 36 MOTION to Remand. Motion Hearing set for 10/6/2008 before Judge William J. Martini. Please be advised that this motion will be decided on the papers unless otherwise notified by the court. (dc, ) (Entered: 09/04/2008) |
| 09/09/2008 | 37 | Request for Summons to be Issued by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC as to Yogesh Dave. (VERMA, SUSHEELA) (Entered: 09/09/2008) |
| 09/09/2008 | 38 | Request for Summons to be Issued by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC as to Subway Development Co.. (VERMA, SUSHEELA) (Entered: 09/09/2008) |
| 09/09/2008 | 39 | Request for Summons to be Issued by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC as to Subway Real Estate Corp.. (VERMA, SUSHEELA) (Entered: 09/09/2008) |
| 09/16/2008 | 40 | Summons Issued as to Third Party Defts. Subway Real Estate Corp., Yogesh Dave, Subway Development Co.. Days Due - 20. Mailed to Susheela Verma, Esq. (dc, ) (dc, ). (Entered: 09/16/2008) |
| 09/22/2008 | 41 | Letter from Susheela Verma, Attorney for the Defendants. (VERMA, SUSHEELA) (Entered: 09/22/2008) |
| 09/22/2008 | 42 | BRIEF in Opposition re 36 MOTION to Remand, 33 MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks Letter Brief (Opposing #36/Supplementing #33* filed by DOCTOR'S ASSOCIATES, INC.. (Attachments: # 1 Certification of Tricia Lee, # 2 Certification of Heather Grebla, # 3 Exhibit A to Cert. of H. Grebla, # 4 Exhibit B to Cert. of H. Grebla, # 5 Exhibit C (part 1) to Cert. of H. Grebla, # 6 Exhibit C (part 2) to Cert. of H. Grebla, # 7 Exhibit C (part 3) to Cert. of H. Grebla, # 8 Exhibit D (part 1) to Cert. of H. Grebla, # 9 Exhibit D (part 2) to Cert. of H. Grebla, |

| | | |
|---|---|---|
| | | # 10 Exhibit E to Cert. of H. Grebla, # 11 Certification of Sean Dunne, # 12 Exhibit A (part 1) to Cert. of S. Dunne, # 13 Exhibit A (part 2) to Cert. of S. Dunne, # 14 Exhibit A (part 3) to Cert. of S. Dunne, # 15 Exhibit A (part 4) to Cert. of S. Dunne, # 16 Exhibit A (part 5) to Cert. of S. Dunne, # 17 Certification of counsel fees)(TURKISH, FORREST) (Entered: 09/22/2008) |
| 09/22/2008 | 43 | Letter from Attorney for Plaintiff (proposed arrest warrant) re 33 MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks*. (TURKISH, FORREST) (Entered: 09/22/2008) |
| 09/23/2008 | 44 | CERTIFICATION in Opposition re 33 MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* filed by JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (Attachments: # 1 Certification certification of Jesal Desai, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Index N, # 16 Exhibit O, # 17 Exhibit 2, # 18 Exhibit 3, # 19 Certificate of Service Certificate of Service, # 20 Text of Proposed Order order, # 21 NOTICE OF CROSS MOTION)(VERMA, SUSHEELA) (Entered: 09/23/2008) |
| 09/25/2008 | 45 | Letter from Plaintiff's Attorney requesting extension of deadline re 44 Certification in Opposition to Motion,,,,. (TURKISH, FORREST) (Entered: 09/25/2008) |
| 09/25/2008 | 46 | Letter from Plaintiff's Attorney requesting extension of time to reply re 44 Certification in Opposition to Motion,,,,. (TURKISH, FORREST) (Entered: 09/25/2008) |
| 09/25/2008 | 47 | ORDER (re 46 Letter) extending the deadline for Plaintiff to file a motion in opposition to Defendants cross-motion it extended to 10/1/08; Defendants may file reply papers, if any by 10/3/08; return date remains the same, 10/6/08. Signed by Judge William J. Martini on 9/25/08. (gh, ) (Entered: 09/25/2008) |
| 09/29/2008 | 48 | REPLY BRIEF to Opposition to Motion re 36 MOTION to Remand filed by PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (Attachments: # 1 Certificate of Service)(VERMA, SUSHEELA) (Entered: 09/29/2008) |

| 10/01/2008 | 49 | BRIEF *(Letter RE: Document #44) in Opposition to Cross Motion for Contempt by Defendants, Jesal Desai et al. and in reply to Defendants opposition to Plaintiffs' Motion for Contempt and Enforcement of Injunction* filed by DOCTOR'S ASSOCIATES INC.. (TURKISH, FORREST) (Entered: 10/01/2008) |
|---|---|---|
| 10/03/2008 | 50 | REPLY to Response to Motion re 33 MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* MOTION to hold Defendant, Jesal Desai, et al. IN CONTEMPT re 22 Opinion, 23 Order *Enjoining Defendants from use of Plaintiff's Trademarks* filed by PATWARI, LLC, Yogesh Dave, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (Attachments: # 1 Certification)(VERMA, SUSHEELA) (Entered: 10/03/2008) |
| 10/17/2008 | 51 | Letter from Susheela Verma, counsel for consolidated plaintiffs. (VERMA, SUSHEELA) (Entered: 10/17/2008) |
| 10/20/2008 | 52 | LETTER OPINION (Regarding Documents #33 & #36). Signed by Judge William J. Martini on 10/20/08. (gh, ) (Entered: 10/20/2008) |
| 10/20/2008 | 53 | ORDER granting in part and denying in part 33 (Defendant Desai in civil contempt is granted; criminal contempt is denied); Defendant Desai's Cross Motion to hold Plaintiff is contempt is denied; denying 36 Defendant's Motion to Remand; attorney fees awarded to Plaintiff in the sum of $1750. Signed by Judge William J. Martini on 10/20/08. (gh, ) (Entered: 10/20/2008) |
| 10/23/2008 | 54 | MOTION REFERRAL OF THE PENDING MATTERS TO THE BANKRUPTCY COURT by SHAPAT 2, LLC, SHAPAT 3, LLC, PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (Attachments: # 1 Certificate of Service, # 2 Brief Brief in Support of Motion to Refer, # 3 Certification Certification of Jesal Desai, # 4 Exhibit A to certification of Jesal Desai, # 5 Exhibit B to Certification of Jesal Desai, # 6 Exhibit C to Certifiation of Jesal Desai, # 7 Exhibit D to Certification of Jesal Desai, # 8 Exhibit E to Certification of Jesal Desai, # 9 Exhibit F to Certification of Jesal Desai, # 10 Exhibit G to Certification of Jesal Desai, # 11 Exhibit H to Certification of Jesal Desai, # 12 Exhibit I to Certification of Jesal Desai, # 13 Exhibit J to Certification of Jesal Desai, # 14 Exhibit K to Certification of Jesal Desai, # 15 Exhibit L to Certification of Jesal Desai, # 16 Exhibit M to Certification of Jesal Desai, # 17 Exhibit N to certification of Jesal desai, # 18 Exhibit O to Certification of Jesal Desai, # 19 Exhibit P to the Certification of Jesal desai, # 20 Exhibit Q to Certification of Jesal Desai, # 21 Exhibit R to Certification of Jesal Desai, # 22 Exhibit S to Certification of Jesal Desai, # 23 Exhibit T to Certification of Jesal Desai, # 24 Exhibit U to Certification of Jesal Desai, # 25 Text of Proposed Order)(VERMA, SUSHEELA) (Entered: 10/23/2008) |

| | | |
|---|---|---|
| 10/23/2008 | 55 | LETTER ORDER - Scheduling Conference set for 11/25/2008 at 11:00 AM in Newark - Courtroom 9 before Magistrate Judge Mark Falk. Signed by Magistrate Judge Mark Falk on 10/22/08. (LM, ) (Entered: 10/23/2008) |
| 10/24/2008 | 56 | ORDER denying 54 Motion for emergent relief; Doctor's Assocites to file opposition by 11/3/08; reply, if any due 11/10/08. Signed by Judge William J. Martini on 10/24/08. (gh, ) (Entered: 10/24/2008) |
| 10/30/2008 | 57 | Letter from Attorney for Plaintiff, Doctors Associates, Inc. re 55 Order, Set Hearings, Set/Clear Flags. (TURKISH, FORREST) (Entered: 10/30/2008) |
| 10/31/2008 | | TEXT ORDER - Status Conference via telephone set for Wednesday, 11/5/2008 at 10:00 AM before Magistrate Judge Mark Falk. It shall be plaintiff's counsel's responsibility to set up and initiate the conference call. Kindly mark your calendar accordingly. Ordered by Magistrate Judge Mark Falk on 10/31/08. (LM, ) (Entered: 10/31/2008) |
| 10/31/2008 | 58 | Letter from Attorney for Plaintiff/Consolidated Defendant, Doctors Associates Inc. and Subway Real Estate Corp. re 56 Order on Motion for Miscellaneous Relief. (TURKISH, FORREST) (Entered: 10/31/2008) |
| 10/31/2008 | 59 | ORDER - deadline for Doctor's Associates to file a motion in oppostion to Desai's motion to refer the instant case to the Bankruptcy Court is 11/4/08, etc. Signed by Judge William J. Martini on 10/31/08. (gh, ) (Entered: 10/31/2008) |
| 11/03/2008 | 60 | Letter re 55 Order, Set Hearings, Set/Clear Flags. (TURKISH, FORREST) (Entered: 11/03/2008) |
| 11/05/2008 | | TEXT ORDER - The Scheduling Conference set down on 11/25/08 before Magistrate Judge Mark Falk is hereby adjourned due to pending motions to dismiss. Orderedby Magistrate Judge Mark Falk on 11/5/08. (LM, ) (Entered: 11/05/2008) |
| 11/05/2008 | 61 | Cross MOTION to Confirm Arbitration award and entering Judgments subject to audits, inclusive of attorneys' and arbitration fees *plus interest and injunctive relief*, Cross MOTION for Judgment on the Pleadings *as to all claims*, Cross MOTION for Attorney Fees *and treble damages pursuant to 15 USC 1117* by DOCTOR'S ASSOCIATES INC.. (Attachments: # 1 Brief in opposition to Defendant/Consolidated Plaintiffs, Jesal Desai, et al.to refer the matter to the Bankruptcy Court and in support of Motion for Judgment) (TURKISH, FORREST) (Entered: 11/05/2008) |
| 11/05/2008 | 62 | CERTIFICATION in Support re 61 Cross MOTION to Confirm Arbitration award and entering Judgments subject to audits, inclusive of attorneys' and arbitration fees *plus interest and injunctive relief*Cross MOTION for Judgment on the Pleadings *as to all claims*Cross MOTION for Attorney Fees *and treble damages pursuant to 15 USC 1117 of Tricia Lee* filed by DOCTOR'S ASSOCIATES INC.. (Attachments: # 1 Exh A part 1, # 2 Exh A part 2, # 3 Exh A part 3, # 4 Exhibit A part 4, # 5 ExhIbit B part 1, # 6 ExhIbit B part 2, # 7 ExhIbit B part 3, # 8 ExhIbit B part 4, # 9 ExhIbit C part 1, # 10 ExhIbit C part 2, # 11 ExhIbit C part 3, # 12 ExhIbit C part 4, # 13 ExhIbit C part 5, # 14 ExhIbit D part 1, # 15 ExhIbit D part 2, # 16 |

| | | |
|---|---|---|
| | | Exhlbit D part 3, # 17 Exhlbit D part 4, # 18 Exhlbit D part 5, # 19 Exhlbit E part 1, # 20 Exhlbit E part 2, # 21 Exhlbit E part 3, # 22 Exhlbit E part 4, # 23 Exhlbit F part 1, # 24 Exhlbit F part 2, # 25 Exhlbit F part 3, # 26 Exhlbit G part 1, # 27 Exhlbit H part 1, # 28 Exhlbit I part 1, # 29 Exhlbit J part 1, # 30 Exhlbit K part 1, # 31 Exhlbit L part 1, # 32 Exhlbit M part 1, # 33 Exhlbit N part 1, # 34 Exhlbit N part 2, # 35 Exhlbit N part 3, # 36 Exhlbit O part 1, # 37 Exhlbit O part 2, # 38 Exhlbit O part 3, # 39 Exhlbit O part 4, # 40 Exhlbit P, # 41 Exhlbit Q, # 42 Exhlbit R part 1, # 43 Exhlbit R part 2, # 44 Exhlbit R part 3)(TURKISH, FORREST) (Entered: 11/05/2008) |
| 11/05/2008 | 63 | CERTIFICATION in Support re 61 Cross MOTION to Confirm Arbitration award and entering Judgments subject to audits, inclusive of attorneys' and arbitration fees *plus interest and injunctive relief*Cross MOTION for Judgment on the Pleadings *as to all claims*Cross MOTION for Attorney Fees *and treble damages pursuant to 15 USC 1117* filed by DOCTOR'S ASSOCIATES, INC.. (Attachments: # 1 Exhlbit A, # 2 Exhlbit B, # 3 Exhlbit C, # 4 Exhlbit D, # 5 Exhlbit E, # 6 Exhlbit F part 1, # 7 Exhlbit F part 2, # 8 Exhlbit G, # 9 Certificate of Service)(TURKISH, FORREST) (Entered: 11/05/2008) |
| 11/05/2008 | | Minute Entry for proceedings held before Magistrate Judge Mark Falk: Telephone Status Conference held on 11/5/2008. (drc, ) (Entered: 11/06/2008) |
| 11/05/2008 | | Set/Reset Deadlines as to 61 Cross MOTION to Confirm Arbitration award and entering Judgments subject to audits, inclusive of attorneys' and arbitration fees *plus interest and injunctive relief*Cross MOTION for Judgment on the Pleadings *as to all claims*Cross MOTION for Attorney Fees *and treble damages pursuant to 15 USC 1117*. Motion set for 12/1/2008 before Judge William J. Martini will be decided on the papers. No appearances required unless notified by the court. (dc, ) (Entered: 11/13/2008) |
| 11/05/2008 | | CLERKS QUALITY CONTROL MESSAGE - The #62 Certification in Support of Motion submitted by F. Turkish on 11/5/08 contains an improper signature. Only Registered Users are permitted to sign electronically filed documents with an s/. Documents submitted electronically must contain a proper electronic or scanned signature. Please note this information is for informational purposes only. This submission will remain on the docket unless otherwise ordered by the court. (dc, ) Modified on 11/14/2008 (dc, ). (Entered: 11/13/2008) |
| 11/06/2008 | 64 | Letter from Susheela Verma, counsel for defendants/consolidated plaintiffs requesting the listing of plaintiff's cross motion to dismiss as a Rule 56 Motion for December 15, 2008. (VERMA, SUSHEELA) (Entered: 11/06/2008) |
| 11/06/2008 | 65 | Letter from Forrest Turkish, Esq.,Atty for Doctors Associates, Inc. and Subway Real Estate Corp. re 62 Certification in Support of Motion,,,,,, 61 Cross MOTION to Confirm Arbitration award and entering Judgments subject to audits, inclusive of attorneys' and arbitration fees *plus interest and injunctive relief*Cross MOTION for Judgment on the Pleadings *as to all* |

| | | |
|---|---|---|
| | | *claims*Cross MOTION for Attorney Fees *and treble damages pursuant to 15 USC 1117*. (Attachments: # 1 Text of Proposed Order, # 2 correct page 13 of Certification of Tricia Lee(Document # 62)(TURKISH, FORREST) (Entered: 11/06/2008) |
| 11/07/2008 | 66 | ORDER: the deadline for Desai's reply brief shall be 11/12/08; deadline for Desai's opposition to cross-motion shall be 11/12/08; return date for both motions shall be 11/19/08; no further filings shall be excepted, etc. Signed by Judge William J. Martini on 11/7/08. (gh, ) (Entered: 11/07/2008) |
| 11/07/2008 | | (Court only) Motions No Longer Referred: 61 Cross MOTION to Confirm Arbitration award and entering Judgments subject to audits, inclusive of attorneys' and arbitration fees plus interest and injunctive relief Cross MOTION for Judgment on the Pleadings as to all claims Cross MOTION for Attorney Fees and treble damages pursuant to 15 USC 1117. (LM, ) (Entered: 11/07/2008) |
| 11/10/2008 | 67 | Letter. (Attachments: # 1 Exhibit)(VERMA, SUSHEELA) (Entered: 11/10/2008) |
| 11/12/2008 | 68 | BRIEF in Opposition re 61 Cross MOTION to Confirm Arbitration award and entering Judgments subject to audits, inclusive of attorneys' and arbitration fees *plus interest and injunctive relief*Cross MOTION for Judgment on the Pleadings *as to all claims*Cross MOTION for Attorney Fees *and treble damages pursuant to 15 USC 1117* filed by SHAPAT 2, LLC, SHAPAT 3, LLC, PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (Attachments: # 1 Certificate of Service, # 2 Certification of Desai in Opposition to Cross Motion, # 3 Certification of Susheela Verma in Opposition to Cross Motion, # 4 Exhibit A to Certification fo Susheela Verma, # 5 Exhibit B to Certification of Susheela Verma, # 6 Exhibit C to Certification of Susheela Verma, # 7 Exhibit D to Certification of Susheela Verma, # 8 Exhibit E to Certification of Susheela Verma)(VERMA, SUSHEELA) (Entered: 11/12/2008) |
| 11/12/2008 | 69 | CERTIFICATION in Opposition re 61 Cross MOTION to Confirm Arbitration award and entering Judgments subject to audits, inclusive of attorneys' and arbitration fees *plus interest and injunctive relief*Cross MOTION for Judgment on the Pleadings *as to all claims*Cross MOTION for Attorney Fees *and treble damages pursuant to 15 USC 1117 Certification of Verma with Correct Exhibits submitted in opposition to Cross Motion* filed by SHAPAT 2, LLC, SHAPAT 3, LLC, PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (Attachments: # 1 Exhibit Corrected Exhibit A to Certification of Verma, # 2 Exhibit corrected Exhibit B to certification of Verma, # 3 Exhibit corrected Exhibit C to certification of Verma, # 4 Exhibit corrected Exhibit D to Certification of Verma, # 5 Exhibit corrected Exhibit E to certification of Verma, # 6 Exhibit corrected Exhibit F to certification of Verma)(VERMA, SUSHEELA) (Entered: 11/13/2008) |
| 11/12/2008 | | CLERKS QUALITY CONTROL MESSAGE - The #68 Brief in Opposition to Motion submitted by S. Verma on 11/12/08 did not contain a proper electronic signature (s/). PLEASE RESUBMIT THE DOCUMENT WITH |

| | | |
|---|---|---|
| | | THE PROPER ELECTRONIC SIGNATURE (s/ Attorneys Name.) This submission will remain on the docket unless otherwise ordered by the court. (dc, ) (Entered: 11/20/2008) |
| 12/09/2008 | 70 | BRIEF *Resubmission of (signed) Brief in opposition to Plaintiff/Consolidated Defendants' Motion to Dismiss* filed by SHAPAT 2, LLC, SHAPAT 3, LLC, PATWARI, LLC, JESAL DESAI, SHAPAT, INC., SHAPAT II, LLC, SHAPAT III, LLC. (VERMA, SUSHEELA) (Entered: 12/09/2008) |
| 01/08/2009 | 71 | LETTER OPINION re 54 MOTION REFERRAL OF THE PENDING MATTERS TO THE BANKRUPTCY COURT filed by SHAPAT II, LLC, SHAPAT 2, LLC, SHAPAT, INC., SHAPAT 3, LLC, SHAPAT III, LLC, JESAL DESAI, PATWARI, LLC. Signed by Judge William J. Martini on 1/6/09. (gh, ) (Entered: 01/08/2009) |
| 01/08/2009 | 72 | ORDER granting Desai's Motion to Refer the consolidated cases to the Bankruptcy Court as well as all remaining motions (#61). Signed by Judge William J. Martini on 1/6/09. (gh, ) (Entered: 01/08/2009) |
| 01/08/2009 | | ***Civil Case Terminated. (gh, ) (Entered: 01/08/2009) |