



**Norris McLaughlin & Marcus, P.A.**
ATTORNEYS AT LAW

NJ Mailing Address:
P.O. Box 1018
Somerville, NJ 08876-1018

NJ Hand Delivery:
721 Route 202 - 206
Bridgewater, NJ 08807

P: (908) 722 -0700
F: (908) 722 -0755

NY Address:
875 Third Avenue, 18th Floor
New York, NY 10022

P: (212) 808-0700
F: (212) 808-0844

www.nmmlaw.com
E: info@nmmlaw.com

Richard A. Norris
G. Robert Marcus
William A. Dreier
Peter D. Hutcheon
Joel N. Jacobson
Richard J. Schachter*
J. Anthony Manger
Walter G. Reinhard
Victor S. Elgort
Kenneth D. Meskin
Kevin T. O'Brien
M. Karen Thompson*
Ira S. Novak
Edward G. Sponzilli*
William R. Robinson
Carl G. Weisenfeld
Theodore Margolis
James J. Shrager
Joseph J. Fleischman
Ezra N. Goodman[1]
Stephen M. Offen
John J. Eagan
James H. Laskey
Michael J. Stanton**
Kurt G. Briscoe[2]
William C. Gerstenzang[1]
Bruce S. Londa[1]
Edward A. Hogan
Burt A. Solomon
Stuart J. Freedman
David R. Strickler

Robert C. Gabrielski
Patrick T. Collins
Gary N. Marks
Bruce J. Wisotsky
Morris S. Bauer
Larry K. Lesnik
Michael F. Chazkel
Jerome F. Gallagher, Jr.
Douglas R. Brown
Martha N. Donovan
Charles W. Miller, III
Robert Mahoney
Nicholas F. Pellitta
John N. Vanarthos
Michael K. Ligorano
Dean M. Roberts
Frank T. Araps
Daniel R. Guadalupe
Marion K. Littman
Timothy P. McKeown
Steven A. Karg
David C. Roberts
Alison L. Galer
Andrew N. Parfomak
Rikki L. Field
Margaret R. Flood
Christa Hildebrand[1]
David T. Harmon[1]
Thomas N. Torzewski
Bryan Blaney
Kathleen Cavanaugh

Jeanne Hamburg[1]
Jerry S. D'Aniello**
Jeralyn L. Lawrence**
David E. Cassidy
Scott M. Baach
Annmarie Simeone
David S. Blatteis
Haekyoung Suh
Fernando M. Pinguelo
Jeremy I. Silberman
Pádraig P. Flanagan

Christina Boulougouris[1]
Charles A. Bruder
Theodore J. Korth
Mia D. Falls[1]
Karol S. Robinson[1]
Rachel A. Wingerter
Robert L. Schmidt
Christopher Stevenson
April Scott McCann
John A. Jakub
Patrick T. Mottola
Kerry J. Roach
Christopher S. Casieri
Jeffrey M. Casaletto
Andrea S. Glaser
Stefanie R. McNamara
Mark D. Marin
Brian C. Anscomb
Oren M. Chaplin

Michael T. Reilly[1]
Deanna L. Koestel
Kerry A. Duffy
Keith D. McDonald
Melissa A. Pena
William J. Beneduce
Jesse P. Nash
Frank A. Coppa
Keya Denner
Jignesh J. Shah
Christine D. Socha
Laurie C. Poppe
Lisa Stein-Browning
Christine L. Zurich
Erin T. Welsh

Of Counsel:
Jill Lebowitz
Serle I. Mosoff[3]
Melinda Fellner Bramwit
Michele S. Marcus

Certified By The
Supreme Court of
New Jersey as a:
*Civil Trial Attorney
**Matrimonial Law
Attorney
1 NY Bar Only
2 MD Bar Only
3 PA Bar Only

*Direct Dial: 908-252-4109*
*Email: rlschmidt@nmmlaw.com*

January 9, 2009

**<u>Via Electronic Mail</u>**
Honorable Novalyn L. Winfield
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Re:    Jesal Patwari; Case No.  08-26178 (NLW)
         Shapat, Inc.; Case No. 08-26181 (NLW)
         Patwari, LLC; Case No. 08-26184 (NLW)
         Shapat 2, LLC; Case No. 08-26186 (NLW)
         Shapat 3, LLC; Case No. 08-26188 (NLW)
Re:    Hearing Re U.S. Trustee's Motions to Convert or Dismiss

Dear Judge Winfield:

This firm represents the Debtors in the above reference business cases.  Pursuant to a phone conversation with Diana Reaves, the Court has granted a two-week adjournment of the U.S. Trustee's motions to convert/dismiss to January 26, 2009 at

Norris McLaughlin & Marcus, P.A.

January 9, 2009
Page 2


10:00 a.m., including the motion with respect to Jesal Patwari's individual case.   All
parties are being notified via electronic mail.

Respectfully yours,

NORRIS, McLAUGHLIN & MARCUS, PA


/s/ Robert L. Schmidt_____
ROBERT L. SCHMIDT

RLS/mm

cc:    Peter D'Auria, Esq.
       Karamvir Dahiya, Esq
       Ms. Jesal Patwari
       Gabriel Chacon, DAG