THIS FORM MAY BE USED BY CERTIFIED CM/ECF PARTICIPANTS ONLY AND MAY BE E:MAILED TO THE APPROPRIATE JUDGE'S E:MAILBOX. PLEASE USE THIS FORM TO REPORT A STATUS CHANGE FOR A MATTER LISTED ON THE COURT'S CALENDAR. THIS FORM MAY ALSO BE USED TO *REQUEST* AN ADJOURNMENT OF A MATTER LISTED ON THE CALENDAR. REQUESTS FOR ADJOURNMENTS WILL BE ACKNOWLEDGED BY RETURN E:MAIL WITH AN INDICATION ON PAGE 2 OF THIS FORM THAT THE REQUEST IS EITHER DENIED OR GRANTED. PLEASE E:MAIL THE COMPLETED FORM TO THE APPROPRIATE ADDRESS.

## ADJOURNMENT REQUEST/CALENDAR STATUS CHANGE FORM

**FOR THE HONORABLE** Novalyn L. Winfield

☐ SETTLEMENT    ☑ WITHDRAWAL    ☐ ADJOURNMENT REQUEST

CASE #: 08-26178, 08-26181, 08-26184, 08-26186, 08-26188    ADV. #: _____

CASE NAME: Jesal Patwari, et al.

PROCEEDING:
Motion for Joint Administration Filed on September 3, 2008

HEARING DATE & TIME: _____

REASON FOR ADJOURNMENT REQUEST:
Withdrawal and re-file to procedurally consolidate business cases only

ALL PARTIES ADVISED AND CONSENT?    ☐ YES    ☑ NO (w/reason)

SUBMITTED BY: Norris, McLaughlin & Marcus, PA, Robert L. Schmidt, Esq.

REPRESENTING: Debtors

## FOR COURT USE ONLY

☐    ADJOURNMENT REQUEST DENIED.  PLEASE APPEAR ON THE SCHEDULED DATE AND TIME.

☐    ADJOURNMENT REQUEST GRANTED.  PLEASE NOTIFY ALL PARTIES OF THE NEW DATE AND TIME:_____.

☐    ADDITIONAL COMMENTS: