# DAHIYA LAW OFFICES LLC

*Attorneys*
325 Broadway Suite 304
New York  New York 10007
Tel: 212 766 8000 Fax: 212 766 8001
e-mail: karam@legalpundit.com



January 16, 2009

United States Bankruptcy Court,
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
Phone (973) 645-4764

Re: Jesal Patwari Personal Bankruptcy case No. 08-26178-NLW

Dear Sir/ Madam:

Our office is representing Ms. Patwari in her chapter 11 case. I am writing to obtain the adjournment on the hearing scheduled in this case for January 26, 2009 as Mr. Dahiya's father died few days ago and he is in India at present. We are seeking adjournment, so that Mr. Dahiya can fulfill his religious obligations after his father's demise. All parties are very kind to give us a consent to adjourn the matter to either February 9th 2009 afternoon or February 10th 2009, whatever date suits your calendar.

Thanks for your consideration.

Yours Sincerely,

*[signature]*

Archna Sharma
Office Manager

CC: **Peter Dauria**
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102
973-645-3014

**Gabriel I Chacon**
Deputy Attorney General
R.J. Market Street
P.O. Box 106
Trenton, New Jersey 08625-0106