**DAHIYA LAW OFFICES LLC**
*JESAL PATWARI*
325 Broadway Suite 304
New York, New York 10007
212-766- 8000
Karamvir Dahiya (KD 9738)

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

09 FEB 11 PM 2:10

DEPUTY CLERK

**Proposed Attorneys for Debtor and Debtor in Possession**

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF NEW JERSEY*
---------------------------------------------------X

**In re**

*JESAL PATWARI,*

        **Debtor.**
---------------------------------------------------X

Case No.:
08—26178-NW
In Proceedings for
Reorganization
under Chapter 11

## ORDER GRANTING THE DEBTOR'S MOTION TO RETAIN DAHIYA LAW OFFICES LLC AS COUNSEL TO THE DEBTOR

Upon the annexed motion of JESAL PATWARI, Debtor and Debtor in possession, (sometimes referred to as the "Debtor") (the "Motion"), the declarations of KARAMVIR S. DAHIYA, dated February 11, 2009 and Jesal Patwari, dated February 11, 2009, the "no-objection" of the Office of the United States Trustee; and it appearing that the employment of the firm of Dahiya Law Offices, LLC ("Dahiya Law"), as attorneys for the Debtor is in the best interests of the Debtor's estate; and it appearing that no further notice is required, and no adverse interest being represented; and sufficient cause

appearing therefore, it is

**ORDERED**, that, effective as of the date Dahiya Law Offices LLC first commenced rendering services for the Debtor, the Debtor be, and hereby is, authorized to employ Dahiya Law Offices LLC as its attorneys in this case, to render the services stated in the accompanying Motion; and it is further

**ORDERED**, that the compensation to be paid to Dahiya Law Offices LLC shall be in accordance with the terms stated in the annexed Motion.

Dated: Newark New Jersey
       February 11, 2009

                                            _____
                                            United Stated Bankruptcy Judge

Dated:    New Jersey
          February _____ , 2009

No Objection

Office of the United States
Trustee for the District of New Jersey

By: _____
    Assistant U.S. Trustee