UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
2/19/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Jesal Patwari

Case No.:08-26178 (NLW

Adv. No.: N/A

Hearing Date: N.A

Judge: Novalyn L. Winfield

ORDER TO RETAIN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: 2/19/2009**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**DAHIYA LAW OFFICES LLC**
*JESAL PATWARI*
325 Broadway Suite 304
New York, New York 10007
212-766- 8000
**Karamvir Dahiya (KD 9738)**

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

09 FEB 11 PM 2:10

**Proposed Attorneys for Debtor and Debtor in Possession**

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF NEW JERSEY*
----------------------------------------------------------X

In re

*JESAL PATWARI,*

        Debtor.
----------------------------------------------------------X

Case No.:
08—26178-NW
In Proceedings for
Reorganization
under Chapter 11

### ORDER GRANTING THE DEBTOR'S MOTION TO RETAIN DAHIYA LAW OFFICES LLC AS COUNSEL TO THE DEBTOR

Upon the annexed motion of JESAL PATWARI, Debtor and Debtor in possession, (sometimes referred to as the "Debtor") (the "Motion"), the declarations of KARAMVIR S. DAHIYA, dated February 11, 2009 and Jesal Patwari, dated February 11, 2009, the "no-objection" of the Office of the United States Trustee; and it appearing that the employment of the firm of Dahiya Law Offices, LLC ("Dahiya Law"), as attorneys for the Debtor is in the best interests of the Debtor's estate; and it appearing that no further notice is required, and no adverse interest being represented; and sufficient cause

*Approved by Judge Novalyn L. Winfield February 19, 2009*

appearing therefore, it is

**ORDERED**, that, effective as of the date Dahiya Law Offices LLC first commenced rendering services for the Debtor, the Debtor be, and hereby is, authorized to employ Dahiya Law Offices LLC as its attorneys in this case, to render the services stated in the accompanying Motion; and it is further

**ORDERED**, that the compensation to be paid to Dahiya Law Offices LLC shall be in accordance with the terms stated in the annexed Motion.

Dated: Newark New Jersey
       February 11, 2009

                                                              _____
                                                              United Stated Bankruptcy Judge

Dated:       New Jersey
               February _____ , 2009

No Objection

Office of the United States
Trustee for the District of New Jersey

By: _____
    Assistant U.S. Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: edensmor              Page 1 of 1                   Date Rcvd: Feb 20, 2009
Case: 08-26178                 Form ID: pdf903             Total Served: 3

The following entities were served by first class mail on Feb 22, 2009.
db          +Jesal Patwari,    1032 Waterford Dr.,    Edison, NJ 08817-1922
aty         +Karamvir Dahiya,    Dahiya & Associates,    325 Broadway,    Suite 304,    New York, NY 10007-3657
aty          Norris McLaughlin & Marcus,    721 Route 202-206,    P.O. Box 1018,    Somerville, NJ  08876-1018

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2009                     Signature: _Joseph Speetjens_