SCOTT SHERMAN, ESQUIRE
Minion & Sherman
33 Clinton Road, Suite 200
West Caldwell, New Jersey 07006
(973) 882.2424

POLK, PROBER & RAPHAEL, A LAW CORPORATION
P. O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
C.094-3826
Attorneys for Secured Creditor

|  |  |
|---|---|
| | UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| In the Matter of: | CHAPTER 11 |
| | BK. NO. 08-26178-NLW |
| JESAL PATWARI | |
| Debtor. | NOTICE OF MOTION TO VACATE |
| | AUTOMATIC STAY |

TO: Jesal Patwari, Debtor
    Gary N. Marks, Esq., Attorney for Debtor
    Karamvir Dahiya, Esq., Attorney for Debtor
    U.S. Trustee
    Creditors Holding 20 Largest Unsecured Claims

PLEASE TAKE NOTICE that on   March 30, 2009 at 9:00 a.m, or as soon as the matter may be heard, the undersigned, attorneys for Secured Creditor America's Wholesale Lender, its assignees and/or successors in interest, will move before the Honorable Novalyn L. Winfield of the United States Bankruptcy Court, King Federal Building, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, for the entry of an Order vacating the Automatic Stay with respect to the Debtor's property located at **1032 Waterford Drive, Edison, New Jersey,** and allowing Secured Creditor to continue or institute a foreclosure action, by reason of the failure of Debtor to make the regular monthly payments.

Secured Creditor further moves for an Order waiving the 10-day stay described by Bankruptcy Rule 4001(a)(3).

Secured Creditor further moves or an Order allowing Secured Creditor to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Secured Creditor, through its servicing agent Countrywide Home Loans Servicing, LP., may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

Dated: March 10. 2009	MINION & SHERMAN
	Attorneys for Secured Creditor


	By /s/ Scott Sherman
	   SCOTT SHERMAN, ESQUIRE
	   Local Counsel