SCOTT SHERMAN, ESQUIRE
Minion & Sherman
33 Clinton Road, Suite 200
West Caldwell, New Jersey 07006
(973) 882.2424

POLK, PROBER & RAPHAEL, A LAW CORPORATION
P. O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
C.094-3826
Attorneys for Secured Creditor

                                                              UNITED STATES BANKRUPTCY COURT
                                                              FOR THE DISTRICT OF NEW JERSEY

In the Matter of:                         CHAPTER 11
                                               BK. NO. 08-26178-NLW
JESAL PATWARI,
        Debtor.

## CERTIFICATE OF MAILING

       I HEREBY CERTIFY that a copy of the foregoing was served on the following Parties-in-Interest by first class mail, postage pre-paid, or by E-Notice, on March 10, 2009:

Jesal Patwari
1032 Waterford Drive
Edison, NJ 08817
Debtor

Gary N. Marks, Esquire
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Sommerville, NJ 08876
Attorney for Debtor

Karamvir Dahiya, Esquire
Dahiya & Associates
325 Broadway, Suite 304
New York, NY 10007
Attorney for Debtor

1

Office of the U.S. Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
Chapter 11 Trustee

Creditors Holding 20 Largest Unsecured Claims (list attached)

                                                    BY: /s/ Scott D. Sherman