**FILED**
JAMES J. WALDRON, CLERK
MAR 2 3 2009
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Jesal Patwari
1032 Waterford Drive
Edison, New Jersey, 08817
Ph: (732)763-6024
Pro Se

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re: | Chapter 11 |
| JESAL PATWARI | Case No: 08-26178 (NLW) |
| Debtor | Hearing April 20, 2009 @ 10 A.M. |

NOTICE OF MOTION TO HOLD THE LANDLORD IN CONTEMPT FOR
WILLFUL VIOLATION OF AUTOMATIC STAY; TO COMPLEL LANDLORD TO
TURN OVER THE BANKRUPTCY ESTATE TO THE DEBTOR; AND TO AWARD
THE DEBTOR (1) ATTORNEY FEES, (2) ACTUAL DAMAGES AND
(3) PUNITIVE DAMAGES

TO:

PETER D'AURIA, ESQ.
OFFICE OF U.S. TRUSTEE
One Newark Center
Suite 2100
Newark, NJ 07102

ROBERT SCHMIDT, ESQ.
NORRIS, MCLAUGHLIN
& MARCUS P.A.
P.O. BOX 5933
Bridgewater, New Jersey, 08807
Corporate Counsel to the Debtor

SCOTT ARONS, ESQ.
76 S Orange Ave, Suite 100
South Orange, NJ 07079
Attorney for Rail Link LLC,
And Kerry Heller ("collectively landlord")

1

SIR/MADAM:

**PLEASE TAKE NOTICE** that on the 20th day of April 2009, commencing at 10:00 a.m., or as soon thereafter as may be heard, Jesal Patwari ("Debtor") as *pro se*, will move before the Honorable Novalyn L. Winfield, Bankruptcy Judge, at the United States bankruptcy Court, M.L. King Jr. Federal Building & Courthouse, 50 Walnut Street, 3rd Floor, Court Room 3D, Newark, N.J. 07102 for the entry of an order to hold Rail Link LLC and Cary Heller ("collectively landlord") in contempt for willful violation of the automatic stay; to compel landlord to turn over the bankruptcy estate to the debtor; and to award the debtor (1) Attorney Fees, (2) Actual Damages and (3) Punitive Damages.

**PLEASE TAKE FURTHER NOTICE** that in support thereof; the Debtor will rely on the Memorandum of Law and Certification of the Debtor filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-1(f); oral argument be and is hereby waived and the matter is herewith submitted to the Court for a ruling on the papers presented. The Debtor reserves the right to request oral argument in the event an objection to the application is filed.

**PLEASE TAKE FURTHER NOTICE** that if any creditor or other party in interest has an objection to the relief requested; the objection will be made in writing and filed with the Clerk of the United States Bankruptcy Court and served on Debtor no later than seven (7) days prior to the return date.

2

Jesal Patwari (Pro se)

Dated: March 23, 2009

_____
JESAL PATWARI