


Jesal Patwari
1032 Waterford Drive
Edison, New Jersey, 08817
Ph: (732)763-6024
Pro Se

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re: JESAL PATWARI<br><br>Debtor | Chapter 11<br>Case No: 08-26178 (NLW) |
|---|---|

**CERTIFICATION OF JESAL PATWARI IN SUPPORT OF THE MOTION**

I, Jesal Patwari ("Debtor"), of full age certify as follows:

I am the Debtor in the above reference matter. I am fully familiar with the facts of this case and make this certification in the support of motion to hold Rail Link LLC and Cary Heller ("collectively landlord") in contempt for willful violation of automatic stay; to compel landlord to turn over the bankruptcy estate to the Debtor; and to award the Debtor (1) Attorney Fees, (2) Actual Damages and (3) Punitive Damages.

I rely on the following exhibits, attached to this certification, which are referenced by the Memorandum of Law, submitted in support of this motion:

1) **Exhibit A** – Automatic Stay Order and Bankruptcy Petition of the Debtor.
2) **Exhibit B** – Order lifting the Automatic Stay, granting relief to the landlord only for the purpose of eviction proceedings in the State Court.

3) **Exhibit C** – Essex County Landlord Tenant Transcript for the eviction hearing in the courtroom of Hon. Judge Ned Rosenberg.

4) **Exhibit D** – Order issued by Judge Ned E. Rosenberg, which went into effect in Dec 2008.

5) **Exhibit E** – Fraudulent Complaint filed by the landlord employee against the Debtor in the local Municipal Court.

6) **Exhibit F** – Evidence of payments made by the Debtor at the time of construction of the Subway Franchise in 2002, towards the Equipments and Leasehold Improvements.

7) **Exhibit G** – Letter sent by Debtor's Corporate Bankruptcy Counsel Mr. Robert Schmidt to Landlord's Counsel Mr. Scott Arons, as a good faith effort, requesting the landlord to turn over the bankruptcy estate.

I certify that the foregoing statements are true. I am aware that if any of the these statements made by me are willfully false, I am subject to punishment.

Dated: March 23, 2009

Jesal Patwari, Debtor

# EXHIBIT "A"

B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of New Jersey

## Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Patwari, Jesal** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-7145** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **1032 Waterford Dr. Edison, NJ** ZIP Code **08817** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Patwari, Jesal** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X ______________________________
Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Patwari, Jesal**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jesal Patwari**
Signature of Debtor **Jesal Patwari**

X ______________________
Signature of Joint Debtor

______________________
Telephone Number (If not represented by attorney)

**August 27, 2008**
Date

### Signature of Attorney*

X **/s/ Robert L. Schmidt**
Signature of Attorney for Debtor(s)

**Robert L. Schmidt**
Printed Name of Attorney for Debtor(s)

**Norris, McLaughlin & Marcus, P.A.**
Firm Name

**721 Route 202-206**
**PO Box 1018**
**Somerville, NJ 08876-1018**
Address

**908-722-0700 Fax: 908-722-0755**
Telephone Number

**August 27, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Authorized Individual

______________________
Printed Name of Authorized Individual

______________________
Title of Authorized Individual

______________________
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________
Signature of Foreign Representative

______________________
Printed Name of Foreign Representative

______________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________
Address

X ______________________

______________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ARONS & ARONS, LLC
76 SOUTH ORANGE AVE., STE. 100
SOUTH ORANGE, NJ 07079
(973) 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




In Re: Jesal Patwari, A Delaware Liability Company, Shapat, Inc., Patwari, LLC, Shapat 2, LLC and Shapat 3, LLC

Case No.: 08-26178, 81, 84, 86 and 88

Adv. No.:

Hearing Date:

Judge: Novalyn L. Winfield

The relief set forth on the following pages, numbered two (2) through 2 is hereby ORDERED.

DATED: 11/3/2008

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

036607

The within matter being opened to the Court by Scott Arons, Esq., attorney for movant, upon Rail Link, L.L.C. notice to the debtors and for good cause having been shown:

IT IS on this day of , 2008

**ORDERED,** that the automatic stay is hereby vacated for the purpose of permitting the debtor's landlord, Rail Link, LLC to proceed in the Essex County Special Civil Part, with its action for possession of the rental property occupied by the Debtors, located at 49 Claremont Avenue, Montclair, New Jersey; and it is further

**ORDERED,** that a copy of this Order be served upon all parties in interest within 7 days of the date hereof.

Section 365(b)(1) governs assumption or rejection of a lease. Trustee has 60 days from filing of petition to assume or reject. See section 365(d)(1).

365(b)(1) provides that debtor must provide adequate protection, or actually cure the default, and assure future performance.

Honorable Novalyn L. Winfield
Judge, U.S. Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

Rail Link, L.L.C.
76 South Orange Ave., Ste. 102
South Orange, N.J. 07079
**Attn.: Cary Heller**

**Attn.: Robert L. Schmidt**
Norris McLaughlin & Marcus, P.A.
P.O. Box 1018
Somerville, N.J. 08876-1018
**Attorney for Debtor**

Jesal Patwari
1032 Waterford Drive
Edison, N.J. 08817

Shapat, Inc.;
1032 Waterford Drive
Edison, N.J. 08817

Patwari, LLC;
1032 Waterford Drive
Edison, N.J. 08817

Shapat 2, LLC;
1032 Waterford Drive
Edison, N.J. 08817

Shapat 3, LLC
1032 Waterford Drive
Edison, N.J. 08817

# EXHIBIT "C"

I N D E X

| DECISION | PAGE |
| --- | --- |
| BY: THE COURT | 6 |



THE COURT: .... versus Subway Real Estate Corp., landlord/tenant, 30175-08.

Counsel, your appearance?

MR. ARONS: On behalf of Rail Link, Scott Arons, attorney.

MS. VERMA: On behalf of subtenants, Susheela Verma. We are not a party to this litigation, but I believe Mr. Arons is amending his complaint.

THE COURT: Okay. Well, for the record, I've conferred with counsel in chambers on some of the factual aspects of this matter, and I understand there will be an amendment to the complaint, Ms. Verma, to name your client. You're here. You obviously have notice of the process, and will, therefore, amend the complaint to your client, who is Jesal Desai, is that correct?

MS. VERMA: That's correct, Judge.

THE COURT: Is that right, Mr. Arons? You're amending the complaint?

MR. ARONS: Yeah -- yes.

There's one other issue, and I believe that we didn't discuss it in chambers, that my client, for -- for reasons of health for the -- for the balance of the building, would like, at least within the next few days, to have access to the premises just see there's

some -- maybe some mice issues, and some utility issues. So, he'd like to get in there.

MS. VERMA: Just one comment here, Judge. I -- I believe the attorneys who are representing my client in the bankruptcy process -- she's just advising me that they said that they should not have access to the premises. Subject to consulting them, if it's okay as far as the bankruptcy is concerned -- I have no expertise in that area. I think if it's okay with those attorneys, I think both of the parties can go on the premises. They would not have any issues on that.

THE COURT: Well, there's a written lease agreement. I think -- I would assume for health reasons, this is a commercial tenancy. The Court will make note of the fact it was a Subway. There may be food stuff. It hasn't operated -- I believe you told me in chambers -- since August or September.

MS. VERMA: Since September 18.

THE COURT: So, I would think just for the rights of -- of other tenants, and just the general public, and that -- and I would assume the landlord, or some of the other tenants may even have contracts with extermination services, and the like.

So, there really should be access, and it would be something, I'm sure, that's reserved to the



landlord under the lease, is that right, Mr. Arons?

MR. ARONS: It is -- it is, Your Honor.

THE COURT: So, I don't see -- I would think that the parties could confer, and that would be not a problem.

As indicated in -- it's my understanding the tenant is Subway Real Estate Corp. However, the rent, by virtue of the franchise agreement, was paid directly to Rail Link, LLC, and as a result thereof rent was so paid. It has not been paid, but there was an acknowledgment that, so to speak, the real tenant in interest is Ms. Desai, your client, correct?

MS. VERMA: That's correct, Judge.

THE COURT: So, the complaint will be amended to name Jesal Desai as a -- as a defendant, as well as Subway Real Estate Corp.

MS. VERMA: That's correct, Judge.

MR. ARONS: Agreed.

THE COURT: Okay. And it's my understanding also you're consenting to a judgment for possession.

MS. VERMA: Well, at this point in time we really have no choice because of the injunction. So, we're reserving all of her rights against Subway Real Estate Corp., which has defaulted, but at the same time, because my client, practically speaking, because

# EXHIBIT "D"

**ARONS & ARONS, LLC**
**ATTORNEYS AT LAW**
76 South Orange Avenue, Suite 100
South Orange, New Jersey 07079
(973) 762-0795
Attorney for Plaintiff




RAIL LINK, LLC, A New Jersey Partnership,

Plaintiff(s)

v.

SUBWAY REAL ESTATE CORP.,

Defendant(s)

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
ESSEX COUNTY

DOCKET NO.: ESX-LT-030175-08

Civil Action

**ORDER**

This matter having been opened to the Court by attorney for the plaintiff, Rail Link, LLC, A New Jersey Partnership, and there being no Answer to the Complaint or appearance by the defendant, Subway Realty Estate Corp., and Jesal Desai having, by and through her attorney, Susheela Verma, appeared under the filing of a Motion to Intervene; and an Agreement having been reached between the plaintiff, Rail Link, LLC, A New Jersey Partnership and Jesal Desai and placed on the record on November 19, 2008,

It is on this 10th day of December, 2008

**ORDERED** as follows:

1. The Complaint is amended to include as a defendant, Jesal Desai;
2. Default is entered against the defendant, Subway Real Estate Corp.;
3. Judgment for possession is entered against defendant, Subway Real Estate Corp. and Jesal

Desai and a warrant for removal shall immediately issue, which warrant shall be stayed and not be executed until December 4, 2008;

4. The plaintiff shall have access to the premises for the purpose of preserving and protecting the property; and it is;

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all parties within 7 days of the date hereof.

NED M. ROSENBERG, J.S.C.

# EXHIBIT "E"

MONTCLAIR TWP
647 BLOOMFIELD AVE
MONTCLAIR NJ
973-509-4774

Defendant Name JESAL PATWARI
Address 102 WATERFORD DRIVE
City, State EDISON NJ 08817
SS No.

COUNTY ESSEX N.J. COURT CODE 0712

COURT DOCKET NUMBER(S) 1 THRU 2

Date of birth 00-00-0000 Date of arrest 00-00-0000

Number of co-defendants 000 Dr. Lic.# SBI No.

**COMPLAINT** - SUMMONS

Complainant Name: CHRIS FUENTES of (IDENTIFY DEPARTMENT OR AGENCY REPRESENTED)

Residing at (ADDRESS OF PRIVATE CITIZEN COMPLAINANT)

Upon oath says that, to the best of (his) (her) knowledge, information and belief, the named defendant on or about the 28 day of 11 20 2008, in MONTCLAIR TWP MUNICIPAL CODE NO. 0713 County of ESX N.J. did;

WITHIN THE JURISDICTION OF THIS COURT, PURPOSELY TAMPERS WITH THE TANGIBLE PROPERTY OF ANOTHER SO AS TO ENDANGER PERSON OR PROPERTY BY DAMAGING THE RENTAL PROPERTY, SUBWAY" SPECIFICALLY BY DESTROYING AND REMOVING MATERIALS AFFIXED TO THE WALLS,DOOR ETC, VALUE EXCEEDING $10,000.00 IN VIOLATION OF 2C:20-3A
WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF THEFT BY UNLAWFULLY TAKING OR EXERCISING CONTROL OVER CERTAIN MOVEABLE PROPERTY, TO WIT, DOORS,FIXTURES ETC. BELONGING TO CHRIS FUENTES WITH THE INTENT TO DEPRIVE THE OWNER THEREOF, SPECIFICALLY BY, TAKING ITEMS FROM THE SUBWAY OWNED BY CHRIS FUENTES, DOORS, FIXTURES, ETC. IN VIOLATION OF 2C:20-3A

PROBABLE CAUSE IS FOUND FOR THE ISSUANCE OF THIS COMPLAINT

In Violation Of: ☐ Domestic Violence - Confidential

| Charge Number 1 | | Charge Number 2 | | Charge Number | |
|---|---|---|---|---|---|
| N.J.S. 2C:17-3A(2) | ACSX | N.J.S. 2C:20-3A | ACSX | N.J.S. | ACSX |
| Charge Number 1 As Amended | | Charge Number 2 As Amended | | Charge Number As Amended | |
| N.J.S. DP | ACSX | N.J.S. DP | ACSX | N.J.S. | ACSX |

Subscribed and sworn to before me this 4th day of DEC, 20 08.

Signed (NAME AND TITLE OF PERSON ADMINISTERING OATH) Signed (COMPLAINANT)

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT WILL BE ISSUED FOR YOUR ARREST.
DATE SUMMONS ISSUED 12/03/2008 DATE TO APPEAR 12/24/2008 TIME 09:30 AM

(SIGNATURE PERSON ISSUING SUMMONS) TITLE Deputy Court Adm

| FIRST APPEARANCE | | | | COURT ACTION (Where Judgement or Conditional Discharge is Entered) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ☐ ADVISED OF RIGHTS | | | METHOD OF SERVICE: | | | | |
| CHARGES | WAIVER INDT / JURY | PLEA | DATE OF PLEA | ADJUDICATION OR COND. DISCH | DATE | COND DISCHARGE TERM | JAIL TERM | FINE | COSTS | PROBATION TERM | SUSP. IMP. |
| NUMBER 1 | | | | | | | | | | | |
| NUMBER 2 | | | | | | | | | | | |
| NUMBER | | | | | | | | | | | |

**OTHER COURT ACTION**

| DATE | DEFENDANT DISCHARGED AS TO PROBABLE CAUSE PROSECUTOR GIVEN PRIOR NOTICE | Total DEDR Penalty Amount: Total Lab Fee | Conditional Disc. Fee | DL. Susp. | Total Violent Crimes Assessment Amount: Institution to Which Sentenced |
|---|---|---|---|---|---|
| DATE | COMPLAINT REFERRED TO PROSECUTOR | Community Service | Restitution | | JAIL TIME CREDIT |

Domestic Violence: RESTRAINTS (SPECIFY) ☐ NO PHONE OR PERSONAL CONTACT WITH VICTIM ☐ NO POSSESSION FIREARMS / WEAPONS Other (specify)

**(FTA OR BAIL) INFORMATION** ☐ **BAIL FORM ATTACHED**

| DATE | AMOUNT BAIL SET | REL. ON BAIL 1 | R-O-R 2 | COMMITTED DEFAULT 3 | COMMITTED WITHOUT BAIL 4 | PLACE COMMITTED |
|---|---|---|---|---|---|---|
| | | | | | | |

SURETY COMPANY - PERSON POSTING BAIL - RELEASED IN CUSTODY OF - ADDRESS

# EXHIBIT "F"

Subway Montclair/Shapat Inc

Leasehold Improvement Funds Distribution

2002-2003

| Date | Name | Amount Remitted |
|---|---|---|
| 10/01/02 | DAI | 10000.00 |
| 11/20/02 | LLG Architect | 575.00 |
| 11/24/02 | SREC | 2400.00 (Deposit Rent) |
| 11/25/02 | Rail Link LLC | 6600.00 (Deposit Rent) |
| 1/2/03 | Hartford Insurance | 615.94 |
| 2/6/03 | Sagu Construction | 16067.00 |
| 2/12/03 | DAI | 51381.03 (Equipment) |
| 2/13/03 | Subtechnologies | 20.66 |
| 2/18/03 | Poster Display | 111.75 |
| 2/28/03 | Carrano Air Contract | 4300.00 |
| 3/3/03 | Hartford Insurance | 412.68 |
| 3/3/03 | Micros Systems | 4883.78 |
| 3/10/03 | SJ Carney Roofing Contractor | 245.00 |
| 3/15/03 | Sagu Construction | 15000.00 |
| 3/20/03 | Township of Montclair | 101.00 |
| 3/27/03 | DAI | 2455.84 |
| 3/31/03 | Sagu Construction | 15000.00 |
| 3/31/03 | AAA Sprinkler | 2000.00 |
| 4/1/03 | Carrano AirContract | 1500.00 |
| 4/4/03 | Sagu Construction | 15000.00 |
| 4/8/03 | King Uniform | 126.70 |
| 4/11/03 | Township of Montclair | 137.00(Sign & Plumbing) |
| 4/14/03 | Poster Display | 38.75 |
| 4/21/03 | Township Of Montclair | 50.00 (Health) |
| 4/22/03 | AAA Sprinkler | 400.00 |
| 4/24/03 | Reinhart Food Service | 4474.08 |
| 4/28/03 | Office Max | 211.98 |
| 5/1/03 | Competitive Signs | 307.40 |
| | | |

Subway Purchase Order Edit List
February 12, 2003

Store # : 27800 Jesal Desai Edit List # : 89581 USA

| 1) Master File Address | 2) Freight Address | 3) UPS Address |
|---|---|---|
| Jesal Desai | JESAL DESAI | JESAL DESAI |
| 49 Claremont Ave | SUBWAY #27800 | SUBWAY #27800 |
| | 49 CLAREMONT AVE | 1032 WATERFORD DR |
| Montclair, NJ 07042 | MONTCLAIR, NJ 07042 | EDISON, NJ 08817 |
| USA | USA | USA |
| | 201-892-1044 | 201-892-1044 |

| Item # | Description | Qty | U Price | Ext. Price | L | B | Loc | Method | PO # |
|---|---|---|---|---|---|---|---|---|---|
| 1109 | ***LIFT GATE TRUCK FEE APPX ** | 1 | 100.00 | 110.00 | N | Y | 2 | | |
| 1213 | KLB 68CR COOLER SUB | 1 | 3,723.25 | 4,095.58 | N | Y | 2 | | |
| 1359 | RETARDER CA60RR25 W/CASTERS | 1 | 365.00 | 401.50 | N | Y | 2 | | |
| 1400 | ***LIFT GATE TRUCK FEE APPX ** | 1 | 100.00 | 110.00 | N | Y | 2 | | |
| 1410 | FRT CTR WARMER - RIGHT | 1 | .00 | .00 | N | Y | 2 | | |
| 1424 | SUB-N-FC-MOD*ADD*NO LAMINATE (TOTAL LENGTH 19'4") | 1 | 5,593.00 | 6,152.30 | N | Y | 2 | | |
| 1427 | FC-MOD-REIN 2' *ADD* REG END | 1 | 456.00 | 501.60 | N | Y | 2 | | |
| 1450 | DUKE BLACK PAN & LID SET | 1 | 304.00 | 334.40 | N | Y | 2 | | |
| 1457 | 30X96 WORK TABLE | 1 | 295.00 | 324.50 | N | Y | 2 | | |
| 1470 | SDTS 2116-32 SINK | 1 | 766.00 | 842.60 | N | Y | 2 | | |
| 1471 | LD1E WASTE LEVER EACH | 3 | 33.00 | 108.90 | N | Y | 2 | | |
| 1472 | F2E 12" FAUCET | 1 | 70.00 | 77.00 | N | Y | 2 | | |
| 1474 | PR3EF PRE-RINSE W/FT | 1 | 243.00 | 267.30 | N | Y | 2 | | |
| 1480 | SDTS-2116-11L SINK | 1 | 517.00 | 568.70 | N | Y | 2 | | |
| 1527 | BEV CTR SUB-P 5' ** | 1 | 703.00 | 773.30 | N | Y | 2 | | |
| 1546 | BACK COUNTER 4'* | 2 | 496.00 | 1,091.20 | N | Y | 2 | | |
| 1549 | BACK CTR SINK W/FAUCET RIGHT | 1 | 165.00 | 181.50 | N | Y | 2 | | |
| 1875 | QUICK DROP SAFE BD1512 | 1 | 269.00 | 295.90 | N | Y | 2 | | |
| 2261 | 24X48 4TR DRY STORAGE SHLVG | 4 | 111.92 | 492.45 | N | Y | 2 | | |
| 2360 | COOLER SHLVG 68-6'7" MS MOD | 1 | 477.84 | 525.62 | N | Y | 2 | | |
| 2365 | C/F SHLVG 68-3-6'7" MS | 1 | 442.80 | 487.08 | N | Y | 2 | | |
| 2402 | AMANA RFS10SW2 MICROWAVE | 1 | 521.00 | 573.10 | N | Y | 3 | | |
| 2403 | AMANA RFS 12SW2 MICROWAVE | 1 | 659.00 | 724.90 | N | Y | 3 | | |
| 2410 | SPEC INSTRUCT - ADDRESS | 1 | .00 | .00 | N | N | 2 | | |
| 2500 | NEMCO EASY SLICER N55200 AN | 1 | 175.00 | 192.50 | N | Y | 3 | | |
| 2503 | NEMCO 55135 VEG BLADE | 1 | 16.25 | 17.88 | N | Y | 3 | | |
| 2560 | NEMCO TOMATO SLICER | 1 | 116.00 | 127.60 | N | Y | 3 | | |
| 2561 | NEMCO TOM SLICER BLADE 3/16 | 1 | 10.45 | 11.50 | N | Y | 3 | | |
| 2565 | NEMCO TUNA PRESS | 1 | 122.00 | 134.20 | N | Y | 3 | | |
| 3550 | HINSON "OPEN" W/BORDER | 1 | 199.00 | 218.90 | N | Y | 3 | | |
| 3950 | SUBWAY CLOCK W/LOGO | 1 | 32.95 | 36.25 | N | Y | 3 | | |
| 4321 | OYO 424A 22" CUBER "AIR" | 1 | 1,403.00 | 1,543.30 | N | Y | 2 | | |
| 5701 | NUVU OVEN SUB-123 208-3-L | 1 | 3,240.00 | 3,564.00 | N | Y | 2 | | |
| 5720 | NUVU ENC BREAD CAB HW-2R RT | 2 | 465.00 | 1,023.00 | N | Y | 2 | | |
| 5750 | ***LIFT GATE TRUCK FEE APPX ** | 1 | 100.00 | 110.00 | N | Y | 2 | | |
| 6100 | 4 WIDE BREAD FORMS - DOZ | 5 | 155.40 | 854.70 | N | Y | 3 | | |
| 6106 | SHIP FORMS - TWO DOZEN | 1 | 7.00 | 7.70 | N | Y | 3 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6107 | SHIP FORMS - 3 DOZEN | 1 | 10.00 | 11.00 | N | Y | 3 |
| 6109 | DELI ROLL FORM #1504 CS/6 | 2 | 77.70 | 170.94 | N | Y | 3 |
| 6110 | PARTY SUB BREAD FORM CS/4 | 2 | 47.60 | 104.72 | N | Y | 3 |
| 6113 | SHIP PARTY SUB/SILPAT 3 CS | 2 | 7.00 | 15.40 | N | Y | 3 |
| 6115 | SILPAT LINER CS/6 | 2 | 45.00 | 99.00 | N | Y | 3 |
| 6200 | 13X18 BUN PANS/DOZ | 5 | 49.32 | 271.26 | N | Y | 3 |
| 8200 | FAF KID'S PAK FLOOR DISPLAY | 1 | 91.00 | 100.10 | N | Y | 3 |
| 8221 | CHIP RACK 48H X 36W X 12D | 1 | .00 | .00 | N | Y | 3 |
| 8223 | STORE ADDRESS | 1 | .00 | .00 | N | N | 2 |
| 9301 | S876-01 PINT SIZE START UP PKG | 1 | 71.27 | 78.40 | N | Y | 3 |
| 9310 | SUB TECH SMALLWARES PKG *A* | 1 | 1,431.55 | 1,574.71 | N | Y | 3 |
| 9505 | ADP CURVED FRONT DISP/DRAWER | 1 | .00 | .00 | N | Y | 3 |
| 9520 | MKT FLOOR STAND 14X22 2 POLES | 1 | 36.00 | 39.60 | N | Y | 3 |
| 9521 | USA/PR EST UPS SHIPPING | 1 | 12.00 | 13.20 | N | Y | 3 |
| 9800 | COMARK THERMOSTAT KIT #541000 | 1 | 84.21 | 92.63 | N | Y | 3 |
| 50109 | FREEZER - HINGE LEFT | 1 | .00 | .00 | N | N | 2 |
| 50176 | KLF 683CX | 1 | 4,427.85 | 4,870.64 | N | Y | 2 |
| 50419 | DUKE BACK CTR TRIM KIT | 1 | .00 | .00 | N | Y | 2 |
| 60030 | TUSCANY CITYSCAPE MURAL | 56 | 13.75 | 847.00 | N | Y | 3 |
| 60035 | TUSCANY STUCCO WALL COVERING | 55 | 13.00 | 786.50 | N | Y | 3 |
| 60040 | TUSCANY BRICK WALL COVERING | 34 | 13.00 | 486.20 | N | Y | 3 |
| 60041 | BANNERS - SET OF THREE | 4 | 169.75 | 746.90 | N | Y | 3 |
| 60102 | EXTENDED TOP FOR TILE (FRONT & SIDES) | 1 | 196.00 | 215.60 | N | Y | 2 |
| 60105 | DUKE COUNTERS IRISH MAPLE | 1 | .00 | .00 | N | N | 2 |
| 60110 | DUKE 17'2" DECOR PKG/PURSE RAI | 1 | 1,099.00 | 1,208.90 | N | Y | 2 |
| 60120 | DUKE FC END PANELS IRISH MAPLE | 2 | 105.00 | 231.00 | N | Y | 2 |
| 60125 | IRISH MAPLE PNL/ADD/FT 3'HIGH | 2 | 45.00 | 99.00 | N | Y | 2 |
| 60200 | IRISH MAPLE LAMINATE 4X12 | 2 | 58.00 | 127.60 | N | Y | 2 |
| 60201 | DUKE T-MOLDING 12' | 6 | 16.00 | 105.60 | N | Y | 2 |
| 61000 | TABLE TOP 20X24 (2 COLOR INLAY | 19 | 68.00 | 1,421.20 | N | Y | 2 |
| 61005 | TABLE TOP 30X30 (2 COLOR INLAY | 1 | 91.00 | 100.10 | N | Y | 2 |
| 61055 | TABLE BASE 22X22 - BLACK | 19 | 21.00 | 438.90 | N | Y | 2 |
| 61056 | PLYMOLD CANTILEVER/TABLE TOP | 1 | 29.00 | 31.90 | N | Y | 2 |
| 61070 | QUEST CHAIR-CUSHION | 40 | 58.00 | 2,552.00 | N | Y | 2 |
| 61095 | TRASH UNIT - DURA EDGE | 1 | 285.00 | 313.50 | N | Y | 2 |
| 61099 | SEATING COLOR - IRISH MAPLE | 1 | .00 | .00 | N | N | 2 |
| 62105 | 8 PANEL NON ILLUM M'BRD/TRANS | 2 | 448.00 | 492.80 | N | Y | 3 |
| 62210 | RECESSED DOWNLIGHT ADJ/1 LAMP | 12 | 41.40 | 546.48 | N | Y | 2 |
| 62215 | 2X2 ACRYLIC LENS/2 LAMPS | 19 | 53.55 | 1,119.20 | N | Y | 2 |
| 62220 | 2X2 PARABOLIC LENS/2 LAMPS | 11 | 61.20 | 740.52 | N | Y | 2 |
| 62225 | PENDANT FIXTURE/LAMP | 12 | 29.95 | 395.34 | N | Y | 2 |
| 62231 | 8S TRACK LIGHT (8 STRT MENU) | 1 | 472.75 | 520.03 | N | Y | 2 |
| 70003 | 1 BAG HOLDER/1 T-SHIRT HOLDER | 1 | 18.00 | 19.80 | N | Y | 3 |
| 70180 | BREAD COVER | 1 | 10.60 | 11.66 | N | Y | 3 |
| 100230 | USA OPENING PACK | 1 | .00 | .00 | N | Y | 3 |
| 100801 | SHIPPING - STAMP DISPENSER | 1 | 10.00 | 11.00 | N | Y | 3 |
| 101190 | US PEPSI 8 PANEL MENU KIT | 1 | .00 | .00 | N | Y | 3 |
| 101464 | USA GHTT3 BREAD/SAUCE KIT | 1 | .00 | .00 | N | Y | 3 |
| 101563 | SFAFT USA/PEPSI MERCHANDISER K | 1 | .00 | .00 | N | Y | 3 |
| 300090 | SUB CLUB DISPENSER PACKAGE | 1 | 110.00 | 121.00 | N | Y | 3 |
| 499999 | FAF PEPSI NEW STORE KIT | 1 | .00 | .00 | N | Y | 3 |
| | ESTIMATED PREPAID FREIGHT | | 3,121.54 | 3,433.69 | N | Y | |
| 88 | (-- Totals --) | 385 | | 51,445.98 | | | |

473379

42 left (to be received)

3 rolls

| | To Be Ordered | | | Purchase Orders Sent 02/12/03 | | |
|---|---|---|---|---|---|---|
| | Items | Qty | Amount | Items | Qty | Amount |
| Items Leasing | 0 | 0 | .00 | 0 | 0 | .00 |
| Items Cash | 0 | 0 | .00 | 88 | 385 | 51,445.98 |
| | | | ========= | | | ========= |
| Buffered Total : | | | .00 | | | 51,445.98 |

**** IMPORTANT ****

HAS ALL OF YOUR REQUIRED PAPERWORK BEEN SUBMITTED?

SIGNED SUBLEASE, GOLD STANDARD INSURANCE, COMPLETED PRE-AUTHORIZED OR DIRECT DEBIT FORM, A FULL SET OF FLOOR PLANS, AND PAYMENT REQUIRED PRIOR TO PLACING ANY EQUIPMENT ORDERS WITH SUPPLIERS

# EXHIBIT "G"

Norris McLaughlin & Marcus, P.A.
ATTORNEYS AT LAW

Direct Dial: 908-252-4109
Email: rlschmidt@nmmlaw.com

February 20, 2009

Scott Arons, Esq.
Arons & Arons, LLC
76 South Orange Ave.
Suite 100
South Orange, NJ 07079

Re: Shapat, Inc
Case No. 08-26181 (NLW)
49 Claremont Ave., Montclair, NJ 07042

Dear Mr. Arons:

This firm represents Shapat, Inc. in a chapter 11 bankruptcy proceeding presently pending before the United States Bankruptcy Court, District of New Jersey bearing case no. 08-26181.

My client informs me that the landlord, Rail Link, LLC, is refusing to give Shapat, Inc. access to the leased premises so that Shapat, Inc. can remove its equipment. Such interference is clearly in violation of the automatic stay provisions of the Bankruptcy Code and represents an unauthorized attempt to exercise control over property of the bankruptcy estate.

Upon receipt hereof, I am hereby demanding that Rail Link, LLC allow Shapat, Inc. access to the leased premises to complete its removal of the subject equipment.

Please notify me immediately of your client's intentions.

Very truly yours,

NORRIS, McLAUGHLIN & MARCUS, PA

ROBERT L. SCHMIDT

RLS/mm
cc: Jesal Patwari




NJ: 721 Route 202-206 Bridgewater, NJ 08807 • Mailing: P.O. Box 5933 Bridgewater, NJ 08807-5933 • P: (908) 722-0700 • F: (908) 722-0755
NY: 875 Third Avenue, 18th Floor New York, NY 10022 • P: (212) 808-0700 • F: (212) 808-0844
www.nmmlaw.com E: info@nmmlaw.com