


NJ Mailing Address
P.O. Box 5933
Bridgewater, NJ 08807-5933

NJ Hand Delivery:
721 Route 202-206
Bridgewater, NJ 08807

NY Address:
875 Third Avenue, 18th Floor
New York, NY 10022

P: (212) 808-0700
F: (212) 808-0841

www.nmmlaw.com
E: info@nmmlaw.com

Richard A. Norris
G. Robert Marcus
William A. Dreier
Peter D. Hutcheon
Joel N. Jacobson
Richard J. Schachter[*]
J. Anthony Manger
Walter G. Reinhard
Victor S. Elgort
Kenneth D. Meskin[1]
Jack L. Lintner
Kevin T. O'Brien
M. Karen Thompson[*]
Ira S. Novak
Edward G. Sponzilli[*]
William R. Robinson
Carl G. Weisenfeld
Theodore Margolis
James J. Shrager
Joseph J. Fleischman
Ezra N. Goodman[1]
Stephen M. Offen
John J. Eagan
James H. Laskey
Michael J. Stanton[**]
Kurt G. Briscoe[2]
William C. Gerstenzang[1]
Bruce S. Londa[1]
Edward A. Hogan
Burt A. Solomon
Stuart J. Freedman
David R. Strickler

Robert C. Gabrielski
Patrick T. Collins
Gary N. Marks
Bruce J. Wisotsky
Morris S. Bauer
Larry K. Lesnik
Michael F. Chazkel
Jerome F. Gallagher, Jr.
Douglas R. Brown
Martha N. Donovan
Charles W. Miller, III
Robert Mahoney
Nicholas F. Pellitta
John N. Vanarthos
Michael K. Ligorano
Dean M. Roberts
Frank T. Araps
Daniel R. Guadalupe
Marion K. Littman
Timothy P. McKeown
Steven A. Karg
David C. Roberts
Alison L. Galer
Andrew N. Parfomak
Rikki L. Field
Margaret R. Flood
Christa Hildebrand1
David T. Harmon1
Thomas N. Torzewski
Bryan Blaney
Kathleen Cavanaugh
Jeanne Hamburg[1]

Jerry S. D'Aniello[**]
Jeralyn L. Lawrence[**]
David E. Cassidy
Scott M. Baach
Annmarie Simeone
David S. Blatteis
Haekyoung Suh
Fernando M. Pinguelo
Jeremy I. Silberman
Pádraig P. Flanagan
Charles A. Bruder
Karol S. Robinson[1]
Christopher Stevenson

Christina Boulougouris[1]
Mia D. Falls[1]
Rachel A. Wingerter
Robert L. Schmidt
April Scott McCann
John A. Jakub
Patrick T. Mottola
Kerry J. Roach
Christopher S. Casieri
Jeffrey M. Casaletto
Stefanie R. McNamara
Mark D. Marin
Brian C. Anscomb
Oren M. Chaplin
Michael T. Reilly[1]
Karen Bekker[1]
Deanna L. Koestel

Kerry A. Duffy
Keith D. McDonald
Melissa A. Pena
William J. Beneduce
Jesse P. Nash
Frank A. Coppa
Keya Denner
Jignesh J. Shah
Christine D. Socha
Laurie C. Poppe
Lisa Stein-Browning
Erin T. Welsh
Andrew D. Linden
Andrew K. Taylor
Christopher G. Elko

Of Counsel:
Jill Lebowitz
Serle I. Mosoff[3]
Melinda Fellner Bramwit
Michele S. Marcus

Certified By The
Supreme Court of
New Jersey as a:
*Civil Trial Attorney
**Matrimonial Law
Attorney
1 NY Bar Only
2 MD Bar Only
3 PA Bar Only

*Direct Dial: 908-252-4109*
*Email: rlschmidt@nmmlaw.com*

April 14, 2009

**Via Electronic Mail**
Honorable Novalyn L. Winfield
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

    Re:    Jesal Patwari; Case No. 08-26178 (NLW)
            Shapat, Inc.; Case No. 08-26181 (NLW)
            Patwari, LLC; Case No. 08-26184 (NLW)
            Shapat 2, LLC; Case No. 08-26186 (NLW)
            Shapat 3, LLC; Case No. 08-26188 (NLW)
    Re:    Motion by Jesal Patwari to Hold Rail Link, LLC in Contempt
            For Violations of the Automatic Stay
            Hearing Date: April 20, 2009

Dear Judge Winfield:

    This firm represents the above referenced business Debtors., including, Debtor, Shapat, Inc. Shapat, Inc. respectfully joins in the above referenced motion filed by the individual Debtor, Jesal Patwari, inasmuch as the motion bears on the assets of Shapat,

**Norris McLaughlin & Marcus, P.A.**

April 14, 2009
Page 2

Inc.  The assets obtained by Rail Link in violation of the automatic stay should be turned over to Shapat, Inc.  Said assets are subject to liens of secured creditors and turnover of such assets is necessary for the benefit of the Shapat, Inc. estate.

        Respectfully,

        NORRIS, McLAUGHLIN & MARCUS, PA


        /s/ Robert L. Schmidt_____
        ROBERT L. SCHMIDT

RLS/mm

cc: Jesal Patwari
   Peter D'Auria, Esq., U.S. Trustee
   Scott Arons, Esq., Counsel for Rail Link, LLC