**PLEASE DOCKET**

*U.S. BANKRUPTCY COURT FILED NEWARK, NJ 09 MAY -4 PM 2:45 JAMES J. WALDRON BY: DEPUTY CLERK*

Date: May 4, 2009

*Via Hand Delivery*

Hon. Judge Novalyn L. Winfield
United States Bankruptcy Court
District of New Jersey
50 Walnut St.
Newark, NJ 07102

      <u>Case No.: 08-26178 (NLW)</u>
      <u>Re: Debtor's response to Court's request for Equipment List in reference to</u>
      <u>Debtor's pending motion to hold Landlord in Contempt for violation of</u>
      <u>automatic stay.</u>

Dear Judge Winfield:

    Please accept this letter in reference to the Debtor's Motion to hold Landlord in Contempt for the Subway Store located in Montclair, New Jersey. As per your honor's directions in the previous hearing, enclosed is the Equipment List detailing all the Equipments—sold by the Landlord to the new Subway Franchisee.

    I thank the Court for its time and attention in this matter.

Respectfully Submitted

*[signature]*

Jesal Patwari
Debtor/Plaintiff

cc: Scott Arons Esq. (via Regular Mail)
Enc.

**SHAPAT INC, JESAL PATWARI**

**1032 WATERFORD DR**

**EDISON, NJ 08817**

**732-763-6024**

**CASE NO 08-26178 (NLW)**

**LIST OF EQUIPMENT**

| EQUIPMENT | AMOUNT |
|---|---|
| | |
| FREEZER WITH SHELVING | $3500 |
| COOLER WITH SHELVING | $4300 |
| DTT SURVEILANCE SYSTEM | $6000.00 |
| 3 STORAGE SHELVES | |
| SMALL WARE PACKAGE INCLUDES - PANS, CAMBRO BINS LIDS, SILPAT PAN LINERS, ETC. | $2000.00 |
| 3 SINK | $700 |
| PREP TABLE | $1000 |
| 2 BOXES - PICTURE FRAMES (NEW) | $700 |
| SUBWAY OPEN SIGN | $481 |
| CEILINGS FAN | $450 |
| LIGHTING FIXTURES | $420 |
| HOT WATER HEATER | $500 |
| 10 MENU BOARDS ( 2NEW) | $600 |
| 5 SLICERS (NEW) | $1000.00 |
| 1 SOUP WARMER (NEW) | $410.55 |
| SIGNS & BANNERS | |
| 2 COPIER/PRINTER (NEW) | $500 |
| 1 PERSONAL COMPUTER | $350 |
| 2 FILING CABINETS (NEW) | $200 |
| DESK | |
| CONTRACTOR'S TOOLS | UNKNOWN |
| 2 PERSONAL TOOL BOXES | $800 |
| LADDER (NEW) | $325 |
| SHOP VAC (NEW) | $500 |
| 12 CASES TILES | |
| MISCELLENEOUS SMALL WARE EQUIPMENT (NEW) | $1000 |

**TOTAL ESTIMATED COST $25736.55**

*LIST DOES NOT INCLUDE PERSONAL BELONGINGS AND BOX OF PAPERWORK.