UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
5/11/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Jesal Patwari

Case No.: 08-26178

Adv. No.: n/a

Hearing Date: N/A

Judge: Novalyn L. Winfield

ORDER VACATING ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 5/11/2009**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Debtor:           Jesal Patwari
Case No.:         08-26178
Adv. No.          N/A
Caption of Order: Order Vacating Order Vacating Stay

The court having determined that the Order Vacating Stay, having been entered in error on March 30, 2009 must be vacated,

IT IS ORDERED, that said Order Vacating Stay is hereby vacated.

*Approved by Judge Novalyn L. Winfield May 11, 2009*