

**ARONS & ARONS, LLC**
76 South Orange Avenue, Ste. 100
South Orange, NJ 07079
Attorney for Rail Link, L.L.C.
(973) 762-0795

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 11
Case No. 08-26178 (NLW)

In the matter of:
Jesal Patwari,

Debtors.           SUPPLEMENTAL CERTIFICATION OF CARY HELLER

CARY HELLER, of full age, hereby certifies as follows:

1. I am the Principal of Rail Link, L.L.C., and submit this supplemental Certification in further opposition to the Notice of Motion filed Jesal Patwari, pro se, in the above captioned matter.

2. This matter was listed for hearing on May 4, 2009 at which time Ms. Patwari presented absolutely no proof in support of the allegations that she has made.

3. The Court has now received from her a letter without a Certification and a list of items which she states were on the premises and sold to the present Subway franchisee. Her assertion is another in a series of total fabrications of Jesal Patwari who was not actually a tenant but a franchisee of Subway and who abandoned the property owned Rail Link, LLC. Jesal Patwari maliciously and intentionally, destroyed it and was caught in the act doing so on November 27, 2008 by the landlord.

4. I refer to my original Certification with photographs and will be able to produce the originals and my testimony at the date of the hearing.

5. I have been a commercial property owner throughout Northern New Jersey for a period of twenty years and have never run into a situation as egregious as this. After making accommodations for non payment and late payments and standing on the sidelines while Subway corporation and Ms. Patwari engaged in a lengthy legal battle in and out of Federal and State Court, I have been drawn into this bankruptcy. There has never been an allegation of impropriety by Subway Corp. or their franchisee until rent payments were almost six months past due and a bankruptcy Petition was filed. I took the proper legal steps by petitioning the bankruptcy Court, obtaining a stay, returning to the landlord tenancy Court and then effectuating a lock out. Given the fact that the property was abandoned, the Lease permitted my company to take possession of the property. Nonetheless, by the time we took judgment for possession, on the day the demised space was being vandalized, not only was all of the personal property removed from the premises, other than a few cardboard boxes, the fixtures were removed, including doors, plumbing fixtures, ceiling grids, ceiling tiles, lighting fixtures, ceiling fans, water lines, electrical lines, air vents, exit/emergency lights and smoke detectors, leaving nothing but garbage and a damaged shell of 1,800 square feet. There is absolutely no truth to the assertion that the items listed were sold, converted or otherwise remained on the premises. There is absolutely no truth that the items referred to on the Petitioner's quote "list of equipment" were taken by my company or my agents. The photographs clearly bear this out, as well as many witnesses, including Sheriff Peter Corbo, who participated in the lockout on this afternoon of November 27, 2008.

6. I actually appeared at the premises with a Montclair Police Officer when there were four workers who had earlier in the day loaded up a box truck and taken all of the equipment

after destroying the premises as set forth above.

7. As also set forth in my previous Certification, my attorney has always kept the Trustee appraised of the situation and there has never been an allegation made by Ms. Patwari, either individually or through the Trustee that she is entitled to assets until she was accused of criminal acts in relation to the destruction of my property.

8. There remains a criminal complaint pending against Jesal Patwari for criminal mischief in the Montclair Municipal Court.

9. As the result of the frivolous allegations, my company has had to incur totally unnecessary counsel fees and costs. It is respectfully requested that the Motion be denied and that my attorney be permitted to submit an Affidavit of Services to be paid by Ms. Patwari.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: May 14, 2009

CARY HELLER, Principal/Owner of
Rail Link, L.L.C.