UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**6/25/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Jessal Patwari.

Case No.:08-26179 (NLW)

Chapter 11

Hearing Date: N.A

Judge: Novalyn L. Winfield

### ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN

The relief set forth on the following pages, numbered two (2) through three (2)  is hereby **ORDERED**.

**DATED: 6/25/2009**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
Debtor:         Jesel Patwari
Case No.:       08-26178
Caption of Order:   Order Granting Debtors' Motion To Extend Time to File A Chapter 11 Plan

_____

    This matter having been open to the Court by the Debtor, pro se, on a oral motion pursuant to 11 U.S.C. § 1121(e) to extend the Debtors' time to file a chapter 11 plan; and the Court having considered said application; and good and sufficient cause existing for the making and entry of the within Order;

    IT IS on this day:

    ORDERED, that the time period for which the Debtors may file a chapter 11 plan is hereby extended to January 31, 2010; and it is further

    ORDERED, that the time period for the Debtors to solicit acceptances of the chapter 11 plan is hereby extended to March 31, 2010.

*Approved by Judge Novalyn L. Winfield June  25, 2009*